```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/30/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RYAN J. NEGRI and PHILIP NEGRI,

                              Plaintiffs,

-against-

MICHAEL J. FRIEDMAN, ARTHUR
FRIEDMAN, FIRST ASCENT, LLC,
and P.J. LOUIS,

                              Defendants.
-------------------------------------------------------------------X

Civil Action No.
14-cv-10233 (GHW)

**NOTICE OF VOLUNTARY DISMISSAL**

### NOTICE OF VOLUNATRY DISMISSAL UNDER
### FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiffs Ryan J. Negri and Philip Negri, by and through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant P.J. (Paxton) Louis.

Dated: White Plains, NY
       April 29, 2015

Plaintiffs have filed a notice of dismissal voluntarily dismissing defendant PJ Louis, with prejudice, from this action under Rule 41(a)(1)(A)(i).

The Clerk of Court is directed to remove P.J. Louis from the caption of this case and to terminate his motion to dismiss the complaint pending at docket number 14.

DENLEA & CARTON LLP

By: __/s/ Joanna Sandolo__
    Jeffrey I. Carton (JC-8296)
    Joanna Sandolo (JS-9187)
    2 Westchester Park Drive, Suite 410
    White Plains, NY 10604
    (914) 331-0100
    *Attorneys for Plaintiffs*

Dated: April 30, 2015     _____
New York, New York     GREGORY H. WOODS
                                United States District Judge