Woods,G

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/04/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RYAN J. NEGRI and PHILIP NEGRI,

                               Plaintiffs,       Civil Action No.
                                                 14-cv-10233 (GHW)

   -against-

MICHAEL J. FRIEDMAN, ARTHUR             **NOTICE OF**
FRIEDMAN, FIRST ASCENT, LLC,              **VOLUNTARY**
and P.J. LOUIS,                                           **DISMISSAL**

                                 Defendants.
-------------------------------------------------------------------X

### NOTICE OF VOLUNATRY DISMISSAL UNDER
### FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiffs Ryan J. Negri and Philip Negri, by and through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendants Arthur Friedman and First Ascent, LLC.

Dated: White Plains, NY
         May 4, 2015

Plaintiffs have filed a notice of dismissal voluntarily dismissing defendants Arthur Friedman and First Ascent, LLC, without prejudice, from this action under Rule 41(a)(1)(A)(i).

The Clerk of Court is directed to remove Arthur Friedman and First Ascent, LLC from the caption of this case and to terminate Arthur Friedman's motion to dismiss the amended complaint pending at docket number 34.

DENLEA & CARTON LLP

By:  /s/ Joanna Sandolo
     Jeffrey I. Carton  (JC-8296)
     Joanna Sandolo (JS-9187)
     2 Westchester Park Drive, Suite 410
     White Plains, NY 10604
     (914) 331-0100
     *Attorneys for Plaintiffs*

SO ORDERED.

Dated: May 4, 2015                 _____
New York, New York              GREGORY H. WOODS
                                          United States District Judge