Michael Friedman
280 Madison Ave, Suite 1005
New York, NY 10016

December 15, 2015



Magistrate Judge Kevin Nathaniel Fox
U.S. District Court
Southern District of New York
Courtroom 228
40 Centre Street
New York, NY

Re:   Negri v. Friedman, Case Number: 1:14-cv-10233-GHW

Settlement Conference Date:      December 17, 2015, at 2:20pm

Your Honor,

I am scheduled to appear for the settlement conference for the above matter on December 17, 2015. Unfortunately, that is a day and time which I have visitation with my daughter and this date is the last day that I will see her for several weeks, as she is going away for the holidays with her mother for several weeks. I have been unable to reschedule my time this week with her before she goes away.

I therefore request that the settlement conference be rescheduled for either earlier that day so that I may be done by 2pm (so that I may pick up my daughter) or another day thereafter.

For the Court's reference, if you would be so inclined, I have visitation time with my daughter on Monday's and Thursdays 3-6pm (although I have to leave wherever I am at 2pm in order to get to her school to pick her up) and alternating Friday's at 3pm.

Please inform me as to whether the continuance will be granted and when the settlement conference will occur.

Sincerely,

Michael Friedman