Michael J. Friedman
280 Madison Ave, Suite 1005
New York, NY 10016

*Defendant Appearing Pro Se*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN J. NEGRI and PHILIP NEGRI | Docket No.: 14-cv-10233 |
| Plaintiff, | Hon. Gregory H. Woods, U.S.D.J. |
| vs. | NOTICE OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANT MICHAEL J. FRIEDMAN |
| MICHAEL J. FRIEDMAN, ARTHUR FRIEDMAN and P.J. LOUIS | |
| Defendants. | |

PLEASE TAKE NOTICE that under FRCP 56 and Local Civ. Rule 56.1, upon the accompanying Memorandum of Law, Defendant Michael J. Friedman will move this Court, before the Honorable Gregory H. Woods, U.S.D.J., at United States Courthouse, 500 Pearl Street, Room 2260, New York, New York for an granting summary judgment on all remaining counts of the complaint and dismissing the complaint against Michael J. Friedman.

Dated: December 20, 2016    By: _____
                                Michael J. Friedman
                                280 Madison Ave, Suite 1005
                                New York, NY 10016
                                mjfny@me.com
                                *Defendant Appearing Pro Se*

Michael J. Friedman
280 Madison Ave, Suite 1005
New York, NY 10016

*Defendant Appearing Pro Se*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN J. NEGRI and PHILIP NEGRI | Docket No.: 14-cv-10233 |
| Plaintiff, | Hon. Gregory H. Woods, U.S.D.J. |
| vs. | AFFIRMATION OF SERVICE ON MOTION FOR SUMMARY JUDGMENT BY DEFENDANT MICHAEL J. FRIEDMAN |
| MICHAEL J. FRIEDMAN, ARTHUR FRIEDMAN and P.J. LOUIS | |
| Defendants. | |

I, Michael J. Friedman, declare under penalty of perjury that I served a copy of the attached Notice of Motion For Summary Judgment, Statement of Undisputed Facts Under Federal Rule 56 and Local Rule 56.1 in Support of Motion For Summary Judgment, Memorandum of Law in Support of Motion For Summary Judgment, Order on Motion for Summary Judgment, and the Declaration of Michael J. Friedman in Support of Motion For Summary Judgment upon all other parties in this case by certified mail to the following person(s): Ryan J. Negri at 11700 W Charleston Boulevard, Suite 170-346, Las Vegas, NV 89135 and on December 20, 2016.

Dated: December 20 2016          By: _____
                                      Michael J. Friedman
                                      280 Madison Ave, Suite 1005
                                      New York, NY 10016
                                      mjfny@me.com
                                      *Defendant Appearing Pro Se*