Michael J. Friedman
280 Madison Ave, Suite 1005
New York, NY 10016

*Defendant Appearing Pro Se*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/20/16__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RYAN J. NEGRI and PHILIP NEGRI

      Plaintiff,

    vs.

MICHAEL J. FRIEDMAN, ARTHUR
FRIEDMAN and P.J. LOUIS

      Defendants.

Docket No.: 14-cv-10233

Hon. Gregory H. Woods, U.S.D.J.

**DECLARATION OF MICHAEL J. FRIEDMAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

MICHAEL J. FRIEDMAN, of full age, hereby declares under penalty of perjury as follows:

1.    I am an entrepreneur and founding member of First Ascent, LLC, the entity involved in the purchase of Negri Electronics. I have been named (incorrectly) as a defendant in this action. I have full knowledge of the facts set forth below.

2.    I make this Declaration in support of my motion for summary judgment on all remaining counts of the complaint and to have this action against me dismissed with prejudice.

3.    In the Fall of 2013, my company, First Ascent, LLC, was looking for a company to acquire via seller financing and for P. J. Louis to be CEO and to operate such company.

4.    At that time, I met Todd Sherman ("Sherman"), an investment banker in New York, New York who introduced me to Negri and discussed Negri's company Negri Electronics, Inc. (the "Company").

5.      After the introduction and brief discussion, I, on behalf of First Ascent, had a more formal teleconference with Negri, Sherman and Paxton "P.J." Louis ("Louis") to discuss the potential sale of the Company.

6.      During the teleconference, Negri provided First Ascent information about the history of the Company, the current financial state of the company, and the future prospects for the Company.  Negri provided this information to First Ascent as a way to entice it to pursue the purchase of the Company.

7.      Attached to this declaration as **Exhibit A** is a true and correct copy of the various emails sent by Negri related to the history of the company and financial state of the company.

8.      Attached to this declaration as **Exhibit B** is a true and correct copy of the then-current financials of the Company provided by Negri in October 2013.

9.      After the teleconference, on or about October 16, 2013, First Ascent and Negri entered into a Non-Disclosure Agreement ("NDA") and Negri, through Sherman sent a "due diligence package" to me that included: business plans, tax returns, supplier information, lawsuit information, financials, bank account information for five separate accounts, an organizational chart, and other Company details.

10.      Attached to this declaration as **Exhibit C** is a true and correct copy of the relevant pages of the "due diligence package" sent by Negri on October 16, 2013.

11.      First Ascent reviewed the information provided by Negri and followed up with several telephone calls to discuss the information and additional information needed to assess the opportunity.

12.     Over the course of the next few weeks, Negri sent multiple versions of the Company's financial statements and each time the net income was increased.  Attached to this declaration as **Exhibit D** are various emails related to the constantly changing financial statements.

13.     At the same time that First Ascent was performing due diligence on the Company, First Ascent was also discussing and preparing a potential business plan and corporate strategy for the Company should the sale actually take place. Attached to this declaration as **Exhibit E** is a copy the business plan and our corporate strategy "first 90-day plan."

14.     On December 17, 2013, Louis and I, on behalf of First Ascent, traveled to Nevada to meet with Negri, inspect the warehouse, meet the employees and warehouse staff, and conduct employee interviews.

15.     After the in-person meeting in Nevada, Negri and First Ascent continued negotiating the terms of the agreement to purchase the Company and a separate consulting agreement that would require Negri to continue on as a consultant for the first year after the purchase closed.

16.     The reason that First Ascent insisted Negri remain as a consultant was to ensure a smooth transition of the company and to continue to take advantage of Negri's work as a salesman, which had accounted for at least two-thirds of the company sales.  First Ascent knew that it would take time to get the sales force in place after the sale closed and accordingly, Negri's obligation and promise to serve as a consultant was critical to the sale transaction.

17.     In addition to the separate consulting agreement with Negri, the concept of my guaranteeing the purchase of the Company was also discussed, and a provision was actually put into the agreement referencing the guaranty.

18.     Despite the discussions regarding the guaranty however, the parties never actually entered into a separate guaranty agreement and the purchase transaction of the Company went forward without a separate guaranty.

19.     It was my understanding that the parties were abandoning any guaranty obligations from my end as the matter was not pursued.

20.     During the negotiation process, First Ascent agreed that for the last month of operations, Negri could keep half of the cash that remained in the Company bank accounts.  For example, if the Company accounts had $500,000 in cash at the time of closing, Negri would be entitled to keep $250,000.

21.     This agreement was contingent upon Negri's good faith operation of the Company during the last months leading up to the close, including the obligation for Negri to continue paying Company bills and vendor invoices as they came due.

22.     To my surprise, during the last months of operation prior to the sale, Negri boosted the amount of cash in the operating accounts **by neglecting to pay numerous Company bills,** including vendor and supplier bills.

23.     In fact, by February of 2014, Friedman learned that Negri had failed to pay several vendors – including Titan Enterprises and Secure Enterprises – since at least October of 2013, with outstanding invoices totaling over $109,000 – which was prior to the time that Negri began negotiations with First Ascent.

24.     Attached to this declaration as **Exhibit F** is a true and correct copy of emails from Secure Enterprises explaining that they had not been paid for months.

25.     This tactic by Negri increased the amount that Negri was to receive as part of the sale, but left the Company in a very precarious situation with vendors and suppliers owed significant funds.

26.     Negri tried to move the negotiations forward as fast as possible and pushed for the closing to take place before December 30, 2013, in order to ensure that the closing could be attributed to the Company's 2013 fiscal year.

27.     Negri also insisted that no money be transferred until January 2014 so that Negri could complete his move from California to Nevada in order to avoid paying California income taxes on the sale transaction.

28.     This information did not seem relevant at the time, but later (in or around January/February 2014) made sense when the Company's accountant and bookkeeper informed Louis, the then CEO, that Negri had a history of routinely shredding tax documents from the State of California.

29.     On December 24, 2013, the Agreement was signed.  Attached to this declaration as **Exhibit G** is a true and correct copy of the Purchase Agreement for the Company.

30.     On December 25, 2013, Negri and First Ascent were working on a press release to be sent to the staff, the vendors, and the general public to announce the sale of the Company.  The press release was sent on December 31, 2013 by Negri. Attached to this declaration as **Exhibit H** is a copy of the press release announcing the acquisition of Negri Electronics.

31.     In January 2014, Louis and I (now acting on behalf of Negri Electronics) proceeded to hire salesmen, contact vendors, and establish relationships.  Internally, Louis and I, set up corporate policies and procedures, changed insurance, and performed other organizational tasks to try and ensure that the transfer of ownership was as smooth as possible.

32.     It was at this time in January, that Louis and I learned for the first time that the Company was completely disorganized.  Attached to this declaration as **Exhibit I** is an email regarding certain operations that weren't originally disclosed by Negri.

33.     There were no internal controls or procedures for the employees and there were no policies or guidelines in place for the purchase and sale of products despite the fact that Negri had represented in his business plan that all off this was in place.

34.     When queried on the policies and procedures, the typical response from Company employees was "ask Ryan [Negri]." This reaffirmed for me the importance of Negri remaining in place as a consultant and the separate consulting agreement was even more critical.

35.     When queried on why there was a plethora of missing documentation and information, such as why there were 5 bank accounts, and why many personal expenses and other personal bills were paid, the typical answer from employees was, "Ryan would not tell us and handled that".

36.     When the Company's own CPA was told by Louis that we wanted to perform an internal audit to try and understand how the books and records were kept and understand the details of the Company, the CPA then stopped speaking with Louis and would not provide Louis with any assistance or information.  Attached to this declaration as **Exhibit J** is a copy of emails with the Company's CPA regarding a potential internal audit.

37.     In January 2014, I also learned for the first time that the Company itself was way more starved for cash than Negri had lead on during the negotiation of the deal and it became clear that the financials provided by Negri were inaccurate.

38.     The revenue in January was also way lower than anticipated and this coupled with the fact that Negri had failed to pay vendors and suppliers for over two months prior to the sale, stifled the Company's supply pipeline and allowance for credit with its vendors.

39.     The Company began to look like a Ponzi scheme, in which Negri was generating new sales (and losing money on such sales) in order to pay for older bills and for his personal lifestyle (which included driving a brand new Tesla) and purchasing a $1.5 Million dollar home.

40.     Purchasing on credit is critical in this industry as often times the Company would purchase a large number of phones on credit and ultimately pay back the vendor through the sale of the phones.

41.     Because of Negri's failure to pay vendors and suppliers, by the beginning of February, the Company's vendors started refusing to extend credit to the Company, which meant that in order to secure inventory, the Company would have to pay in cash and upfront, which was not possible given the Company's – Negri-caused – cash strapped position.

42.     I still believed in my management and that although sales were dropping, with the line of credit that was being negotiated, this would provide key financial support to give the Company some credit from its vendors.

43.     Because of Negri's refusal for over one month to sign and allow the Company to receive this necessary line of credit, and because of Negri's failure to pay vendors and suppliers and their refusal to extend credit because of Negri, the Company's sales and ability to deliver on its online sales stopped.

44.     This put the Company in a downward spiral; which could have been avoided had Negri not intentionally held up the Company's receipt of the line of credit.

45.     It was also clear that the key to essentially all of the Company's revenue was Negri himself and that despite claiming that he had a sales force in place, he was the only one making any sales. Negri essentially would be on the phone every day selling phones as opposed to running the actual Company

46.     The final nail in the Company's coffin was Negri refusing to remain in place as a consultant despite the fact that he agreed to do so for one year following the closing.  Attached to this declaration as **Exhibit K** is a copy of Negri's resignation email.

47.     By the beginning of February, Negri informed me that he would no longer work as a consultant for the Company. This left me and the Company in dire straits as Negri had accounted for over two-thirds of Company revenue and his refusal to remain with the company resulted in a dramatic and ultimately fatal decrease in revenue over time.

48.     In a last-ditch attempt to save the company, Louis, myself, and Rick Landry (the then head of sales hired by me in January 2014) proceeded to search for other sources of revenue – including the potential acquisition of other electronics companies – and other means of financing in order to keep the Company afloat.

49.     Friedman was doing everything he possibly could to save the company, despite Negri's creating constant roadblock's and hurdles.

50.     I was able to secure a $400,000 line of credit of a credit facility up to $3,000,000 so that the Company could purchase inventory and remain operational; however due to Negri's refusal to sign the documentation for over 4 weeks, the Company's ability to purchase inventory and generate revenue (when coupled with Negri's refusal to remain as a consultant and generate sales) crippled the Company.  Attached to this declaration as **Exhibit L** is a copy of the relevant pages of the Credit Agreement with TCA.

51.    I had also secured an additional $150,000 to infuse into the company in February and March of 2014 and an additional $50,000 in April and May – all to no avail. Attached to this declaration as **Exhibit M** are copies of the bank statements showing the influx of money into Negri Electronics.

52.    My sales team (despite not being able to purchase inventory) had been negotiating with several large company's and was providing quotes to the tune of several million dollars to a Fortune 100 Company.  In addition, Louis was speaking with his industry contacts and the Company was discussing performing selling to, as well as warehousing inventory for one of the top three telecommunications companies in the USA. Attached to this declaration as **Exhibit N** are various emails regarding negotiations with Google and Sprint.

53.    As part of my last-ditch efforts to save the Company, in May 2013 I hired a highly-experienced Consulting Chief Financial Officer, who had over 25 years' experience in finance, restructuring, financing and complex transactions.

54.    In July and August 2014, my executive team (including seasoned CEO, CFO, VP of sales and the Company's law firm) negotiated with investment bank(s) and a private equity fund, and even attempted to structure a deal to put the Company into a public vehicle in order to raise capital, give creditors (including Negri) an option to liquidate some of their holdings and debt, and in order to help secure funding, and to provide the Company with another avenue to negotiate with potential funding sources.  Attached to this declaration as **Exhibit O** is a copy of the various emails with the investment bank and private equity fund in an attempt to raise capital for Negri Electronics.

55.    I also had the Company, which had previously been provided with a $400,000 portion of a $3,000,000 credit facility, interested in further extending an additional $250,000 to the

Company in order to save it, but Negri's initial refusal to negotiate, and then attempt to have me agree to the funding provided that I violate the terms of the line of credit in order to pay Negri, further solidified Negri's attempts to put the Company out of business and put his personal interests ahead of his duties as a Board of Director Member. Attached to this declaration as **Exhibit P** is a copy of an email from Negri telling me to "file for Chapter 11."

56.     In additional to all of these efforts, I also tried to start new lines of business, such as offering cloud services to customers, but this was not successful, due to the distractions caused by Negri's multiple and continual attempts to put the Company out of business.

57.     Louis and Landry also talked to various Fortune 500 companies to have them become corporate vendors – i.e. to sell phones and other products.

58.     Despite all of the attempts to save the Company, by June of 2014, the Company had no more inventory, no more credit, and was for all intents and purposes could no longer operate. Still, I continued to negotiate with potential acquisitions, acquirers and funders in order to save the Company.  Attached to this declaration as **Exhibit Q** are various emails showing my attempts to save the Company.

59.     Negri, on the other hand, would not negotiate and would not move on his position to be paid what he believed he was owed, putting his personal interests ahead of the Company and of saving the Company and its employees.

60.     Negri had no interest in helping save the Company.  Negri would not hear any of the funding ideas, and would not even discuss any potential mergers with a public company, which would have potentially provided the Company with new avenues to find funding and save the Company, as well as giving Negri an opportunity to sell his shares in the market and liquidate his position in the Company.

61.     I had frequent conference calls with my seasoned executive team in order focus on putting together recovery plans, identify areas of improvement, and to preserve and grow the corporation.

62.     On or about July 2014, myself and the Company's executive team met with an investment bank to help the Company raise and/or find capital.

63.     On or about July/August 2014, the Company met with a private equity firm to purchase control of or to be a secured creditor for the Company.   Such negotiations stalled, as the Company's financial position required it to shut down and Negri's refusal to cooperate or negotiate to buy the private equity firm time to fully grasp the transaction and my ultimate growth plan.

64.     Given the disorganized state of the Company, the lack of sales force, and the lack of cash flow, at the time Negri and I were negotiating the sale, the Company was clearly a sinking ship and a ponzi scheme in disguise.

65.     Negri was apparently trying to get out of the Company before it was too late and accordingly, Negri misrepresented important details of the Company during the negotiations with me, including the sales, net income, and most importantly the cash flow, in order to entice me to enter the purchase contract.   Negri also left the company cash strapped by failing to pay vendors leading up to the closing date, which destroyed the Company's ability to purchase on credit.

66.     Had I known the true state of the Company and Negri's actual intentions to squeeze every last dime out of the Company prior to the sale, I never would have entered into the purchase agreement.

67.    After Negri's deal with First Ascent failed, Negri filed a complaint in the Southern District of New York alleging claims for Fraudulent Misrepresentation, Unjust Enrichment, Breach of Contract.

68.    The complaint was subsequently amended and re-filed on April 8, 2015 at which time Negri added claims for violation of the New York Debtor Creditor law as well as a second count for breach of contract. Attached to this declaration as **Exhibit R** is a true and correct copy of the First Amended Complaint filed by Negri.

69.    Various claims and parties were dismissed and the only remaining claims are: Count I for Fraudulent Misrepresentation, Count II and III for violations of the New York Debtor Creditor Law, Count IV for Unjust Enrichment, and Count VI and VII for Breach of Contract.

70.    The parties engaged in discovery on all of Negri's claims and on September 26, 2016 Negri was deposed Attached to this declaration as **Exhibit S** is a true and correct copy of the relevant portions of the deposition of Ryan Negri.

71.    First Ascent, LLC was formed in early March 5, 2013 by Friedman. First Ascent is a Delaware, LLC and Friedman formed First Ascent to use as a vehicle to purchase several companies in the telecom space. The goal was to buy several companies in the telecom space and use First Ascent as a central vehicle for the growth of the companies acquired. Attached to this declaration as **Exhibit T** is a copy of the First Ascent formation documents.

72.    Since March of 2013, First Ascent was actively working on purchasing a data center, First Ascent started a "cloud services" division, and was involved in a software development partnership. First Ascent was also actively looking to purchase several telecom companies to manage and grow.

73.     First Ascent was also working with network providers to purchase or start its own MVNO (Mobile Virtual Network Operator), which is a wireless communication network provider that does not own the wireless network (an example would be Boost Mobile using Sprint's wireless network).

74.     Friedman was the managing member of First Ascent and the intention was to bring on P.J. Louis to come on board as an owner/member as well once things were up and running in the telecom space.

75.     Several months after the purchase of transaction closed, Negri entered into a subordination agreement with TCA Global Credit Master Fund, LP.

76.     The purpose of the subordination agreement was for Negri Electronics to secure a line of credit with TCA so that Negri Electronics could receive $400,000 and pay for inventory and to help grow the company.  The maximum credit limit with TCA was $3,000,000.

77.     As part of the agreement and the receipt of credit from TCA, Negri agreed to subordinate all of his rights and claims to TCA.

78.     Attached to this declaration as **Exhibit U** is a true and correct copy of the Subordination Agreement entered into between First Ascent, Negri and TCA Global Credit Master Fund, LP.

79.     Attached to this declaration as **Exhibit V** is a true and correct copy of a June 26, 2015, letter from Negri's prior counsel regarding Friedman not being a party to the Purchase Agreement.

80.     Attached to this declaration as **Exhibit W** is a copy of Friedman's responses to the document requests served in this case – note response to No. 7)

I hereby declare under penalty of perjury that the forgoing statements are true.  I am aware that if any such statements are wilfully false, I am subject to punishment.

Dated:  December 20, 2016

MICHAEL J. FRIEDMAN

# EXHIBIT A

# Re: FW: Questions - Org Chart

October 18, 2013 at 3:48 PM

From "Philip J. Negri | Negri Electronics, Inc."

To mjfny

Cc Ryan Negri, Todd Sherman

📎 🗋 Organizati...tober 2013.pdf 355.48 KB

Hi Michael

Please find the updated Org Chart attached.


**Thank You,**


**Phil Negri | VP**
130 McCormick Avenue | Suite 101 | Costa Mesa, CA 92626
6255 S. Sandhill Road | Suite 600 | Las Vegas, NV 89120
888-358-6358 ext 133 | fax 815-331-0932
philip@negrielectronics.com | https://negrielectronics.com/
@PhilNegri | Google+ | Facebook | LinkedIn | @NegriElectronic


On Fri, Oct 18, 2013 at 4:45 PM, Philip J. Negri | Negri Electronics, Inc.
<philip@negrielectronics.com> wrote:
> Hi Michael
>
> Thanks for giving us an opportunity to address some of these questions. Please see our responses
> below. We are happy to elaborate more on any of these points, or respond to any new questions
> that come up.
>
> Please reach out when you've had a chance to review the information and we will schedule our next
> call.
>
>
> <u>QUESTIONS:</u>
> **How much revenue is derived from sales directly from customers that walk into the warehouse?**
> None. The warehouse is used entirely as a call center and fulfillment space. We do not advertise the location
> as a 'retail storefront' and we do not have any point-of-sale mechanism in place to accept payment from
> walk-ins. In very rare instances we have allowed customers in the local area that have completed an order
> and paid online to pick up their device from the warehouse.
>
> **Who are the corporate counsel(s) & CPA(s)?**
> Thomas R. Lamons

Cummins & White, LLP
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660
Tel: (949) 852-1800
Fax: (949) 852-8510
Email: tlamons@cwlawyers.com
www.cumminsandwhite.com

Darlene K. Beer, CPA, MST
R. Kuhen & Co., Inc.
4440 Von Karman Ave., Suite 150
Newport Beach, CA 92660
Phone: 949.208.9900 *102
Direct Fax: 949.208.9304
Email: dbeer@rkuhencpa.com
Website: www.rkuhencpa.com

**Has there been any previous litigation, related to IP/non-payment of licensing fees? i.e., has anything like that before?**
I'm assuming this is referencing the patent litigation filed by Exotablet earlier this year. This case referenced a particular product, Asus Padfone, which we imported and sold for a period of about 12 months. It was more of a novelty product than anything (a smartphone that could dock inside a tablet-type device, basically offering the customer 1 device to control both screen sizes.) We sold very few of them. During this time, Exotablet, a small device manufacturer that we had never heard of, approached us and asked that we start selling their "Padfone replica" (that is how they described it to us) on our website. We refused because it was a low-quality, low-end device. A few months later, they filed a lawsuit for patent infringement against us, claiming a design patent on the smartphone-tablet docking system. Based on our legal representation and because of the very little volume of sales, it was easier for us to settle and pay a licensing fee than it was to fight the patent, even though we highly doubt its validity.

This is a very rare case where we started selling a new and unique product from a foreign manufacturer. We will easily avoid this type of situation in the future by just being more cautious before importing a new, foreign-made product that doesn't have an established history of sales in the U.S. But, to clarify the larger perspective, this type of product would never account for more than a negligible portion of total sales.

**Please provide a complete list of all licenses/wholesale agreements you have obtained.**
We have several wholesale accounts with licensed distributors of all major manufacturers. We have chosen not to pursue direct relationships with top manufacturers because of the numerous restrictions (advertising, pricing, sales region, etc) that are associated with such agreements. We instead purchase from licensed distributors that have access to the same devices we would get direct from the manufacturer, but without the various restrictions.

**How fast do you turnover inventory?**
Using the standard ratio of Cost of Goods Sold divided by Average Inventory (COGS/Avg Inv), our inventory turns over approximately 3x per month, using 2013 YTD data.

Cost of Goods Sold / ((beginning inventory+ending inventory)/2)
10,100,000 / ((470,000+320,000)/2) = 26 inventory turns in 9 months, or ~3 turns per month

**Who are your suppliers (domestic and international)?**

We purchase inventory from a variety of domestic and international suppliers. Approximately 30% of inventory is purchased from our top supplier, based in Hong Kong.  2 separate vendors located in Ontario, Canada each contribute ~10% of our total purchase volume. Another 10% is purchased from an organization headquartered in Miami, FL. Our largest 6 suppliers make up approximately 70% of all purchases.  Our top 20 suppliers comprise nearly 90% of all purchases.

We have taken advantage of long standing relationships with our best suppliers, but we have avoided any concentration risk by limiting our largest supplier to 30-40% of all purchases, and always adding new sources to our mix.

**Please provide an organization chart of company.**
Pdf attached.

**Do you have any retail stores? If so please provide details on the stores.**
We do not operate any physical retail stores.

**Do you supply and sell to third party stores or primarily online?**
We define 2 separate sales channels in our business - Retail (or online, negrielectronics.com) and Wholesale (primarily offline sales led by Ryan). Through our wholesale sales channel we reach a variety of customer types including large enterprise customers, government procurement agencies, distributors, and B&M and online resellers.

**Online:**
  **what is payment method (Authorize.net, Google?)**
We accept payment at negrielectronics.com through 2 main processors - Paypal (35%) and Amazon (65%). We used a third processor, Google Checkout, but that service was recently discontinued by Google and replaced by Google Wallet which only supports digital orders. We removed Google Checkout from our site and now focus on Paypal and Amazon.

  **list all domains sell or that point to Negri's website.**
  negri-electronics.com
  negricare.com
  negrielectronics.biz
  negrielectronics.co
  negrielectronics.us
  negrielectronics.info
  negrielectronics.me
  negrielectronics.net
  negrielectronics.org
  negriunlocks.com
  consmerelectronics.com
  eliteelectronix.com
  negrielectronics-scam.com
  negriwholesale.com

  **who owns the domains()?**
Ryan Negri

**where are the domains registered? (GoDaddy?)**

Hostingdude.com is where the domains are managed. Hostingdude is a Godaddy Reseller.

**any online advertising revenue and info/stats?**

We use targeted display advertising on select affiliate sites like GSMArena.com, Phonearena.com, ModMyI.com, Technobuffalo.com. These are tech news sites that are very popular among our target market. We typically pay monthly for these ad spaces and generate traffic at $.05-$.25 per click, though it is generally low-converting traffic as we've found these customers tend to shop around more than average. We view these campaigns as maintaining/promoting brand image, rather than strictly driving sales.

We also run PPC advertising campaigns through Google Shopping (Product Listing Ads). This accounts for almost 20% of total traffic and we pay $.07 per click on average.  The following stats are from Sep 15-Oct 15 and apply only to the Product Listing Ad campaign.

Visits  48,738
Unique Purchases  363
Conversion Rate  0.67%
Average Transaction Value  $733.08

The majority of other traffic is generated from search engine optimization, social media referrals and email marketing.

See Google Analytics question for other online tracking details.

**who maintains the website, the data, and all related online consumer/customer info?**

Customer information is stored on our website and downloaded to our accounting software continually throughout the day. This information is also integrated into our email marketing software and used to send marketing emails, newsletters, and post-purchase emails to past and potential customers. Because we use third-party payment processors, we do not store any personal financial information.

Product information on the website is maintained using a proprietary excel-based pricing engine. We've created this series of files to help us manage over 5K SKUs in real-time, using data from the website, accounting software and changes in market prices. It has significantly reduced errors caused by inaccurate price or status information being displayed on the site and decreased the time and resources needed to manage the growing database of products.

**who are programmers for company?**

ArchinTech of  Delhi, India. (Operating on US business hours for 2 years).
Archit Singhal (Lead) and his team of 18 highly qualified individuals. 15 are versed in PHP, 6 of the 15 are considered 'Magento Professionals'.  3 the 15 are specialize in SEO.  All 18 have 4 year Software Engineer degrees from various universities. Our current monthly fee is ~$4000 for full time site management and SEO. We've accounted for this in our financial projections by forecasting a salary of $40,000 annually, although it is paid as contract work.

**Provide us with Google Analytics, and any other online analytic information for all websites owned and/or maintained.**

We can provide Read-Only access to our Google Analytics account to enable access to all site traffic and conversion history. Please provide a Gmail/Google Account email address compatible for Google Analytics use.

**Do you use a reseller/channel partner program to sell their handsets?**

**If yes, then how many partners do you have?**
We offer our handsets to a variety of different resellers, or MVNO's. Our handsets are compatible with RedPocket, Simple Mobile, Solavei, Spot Mobile and a few others. Many of the resellers of these services use our site to order handsets for their customers.

**who are the partners? (aside from Red Pocket)**
Above.

**What is financial reporting software used (Quickbooks)?**
We are using the latest version of Quickbooks - Retail (13.0). We've been using Quickbooks since 2008 and all historical data is accessible through the company file.

**Thank You,**

**Phil Negri | VP**

130 McCormick Avenue | Suite 101 | Costa Mesa, CA 92626
6255 S. Sandhill Road | Suite 600 | Las Vegas, NV 89120 .
888-358-6358 ext 133 | fax 815-331-0932
philip@negrielectronics.com | https://negrielectronics.com/
@PhilNegri | Google+ | Facebook | LinkedIn | @NegriElectronic

On Fri, Oct 18, 2013 at 12:59 PM, Ryan Negri <ryan@negrielectronics.com> wrote:

**Thanks,**

**Ryan J. Negri | Founder & CEO**
130 McCormick Avenue | Suite 101 | Costa Mesa, CA 92626
**6255 S. Sandhill Road | Suite 600 | Las Vegas, NV 89120**
888-358-6358 ext 121 | fax 815-331-0932 | direct 714-699-4768
**Negri21- AOL | Airnegri@hotmail.com - MSN | Airnegs21 - Yahoo**
NegriElectronics1 - Skype | BBPIN: 2AD23CC0
ryan@negrielectronics.com | http://negrielectronics.com/
@RyanNegri | Google+ | Facebook | LinkedIn | @NegriElectronic

**From:** Michael Friedman [mailto:mjfny@me.com]
**Sent:** Friday, October 18, 2013 12:31 PM
**To:** Ryan Negri
**Cc:** Todd Sherman
**Subject:** Questions

Hi Ryan,
Below are several questions for you regarding the due diligence information.

Please email me the answers, and let's also schedule a call for after we have had a chance to review your answers.

Feel free to call me anytime to discuss as well.

Regards,

Michael

## QUESTIONS:

> How much revenue is derived from sales directly from customers that walk into the warehouse?

> Who are the corporate counsel(s) & CPA(s)?

> Has there been any previous litigation, related to IP/non-payment of licensing fees? i.e., has anything like that before?

> Please provide a complete list of all licenses/wholesale agreements you have obtained.

> How fast do you turnover inventory?

> Who are your suppliers (domestic and international)?

> Please provide an organization chart of company.

> Do you have any retail stores? If so please provide details on the stores.

> Do you supply and sell to third party stores or primarily online?

> Online:

> what is payment method (Authorize.net, Google?)

> list all domains sell or that point to Negri's website.

> who owns the domains()?

> where are the domains registered? (GoDaddy?)

> any online advertising revenue and info/stats?

> who maintains the website, the data, and all related online consumer/customer info?

> who are programmers for company?

> Provide us with Google Analytics, and any other online analytic information for all websites owned and/or maintained.

> Do you use a reseller/channel partner program to sell their handsets?

> If yes, then how many partners do you have?

> who are the partners? (aside from Red Pocket)

> What is financial reporting software used (Quickbooks)?

# Re: Conf Call

November 27, 2013 at 12:11 PM

From Michael Friedman

To Todd Sherman

Cc Ryan Negri

Confirmed.

On Nov 27, 2013, at 3:10 PM, Todd Sherman <toddfsherman04@gmail.com> wrote:

> 4:30pm EST.
> On Nov 27, 2013 2:09 PM, "Ryan Negri" <ryan@negrielectronics.com> wrote:
>> Todd,
>>
>> I am free until about 2pm PST.
>>
>>
>>
>> Thanks,
>>
>> **Ryan J. Negri | Founder & CEO**
>> 130 McCormick Avenue | Suite 101 | Costa Mesa, CA 92626
>> **6255 S. Sandhill Road | Suite 600 | Las Vegas, NV 89120**
>> 888-358-6358 ext 121 | fax 815-331-0932 | direct 714-699-4768
>> **Negri21- AOL | Airnegri@hotmail.com - MSN | Airnegs21 - Yahoo**
>> NegriElectronics1 - Skype | BBPIN: 2AD23CC0
>> ryan@negrielectronics.com | http://negrielectronics.com/
>> @RyanNegri | Google+ | Facebook | LinkedIn | @NegriElectronic
>>
>> **From:** Todd Sherman [mailto:toddfsherman04@gmail.com]
>> **Sent:** Wednesday, November 27, 2013 11:08 AM
>> **To:** Mike Friedmam; Ryan Negri
>> **Subject:** Conf Call
>>
>> Guys,
>> I would like to have an informal call today for the three of us.  The point of this call is to have an
>> open conversation as to how best to proceed at this point to close this transaction as quickly
>> and smoothly as possible.   Please let me know what time works best for all.
>> Thanks,
>> Todd.



**From:** **Ryan Negri** ryan@negrielectronics.com  🔗 🚩
**Subject:** RE: Information Request
**Date:** December 3, 2013 at 4:46 PM
**To:** Michael Friedman mjfny@me.com
**Cc:** Todd Sherman toddfsherman04@gmail.com, phil@negrielectronics.com

Michael,

Thanks for the email. Hope you had a great weekend.

See the responses below.

**November financials.**
Link to download can be found here.

**Tax Returns (all states) and any related Tax Filings & Information (last 2-3 years).**
Same Link to download can be found here.

**Employee handbooks (benefits, 401k, health insurance, rules/regulations, procedures, information, etc.).**
Same Link to download can be found here.

**Any written promises to employees (outside of what information has been provided all ready).**
We don't have any written promises. 2-3 employees have upcoming reviews near the end of the year where they would ordinarily receive 5-10% wage increases. These are not promised, but they are probably expected. We will need to address this in the next few weeks.

**Any changes / status updates regarding litigation / pending litigation?**
4DGP agreed to stipulated judgment to pay by 3/1/14.
We have dropped the pending litigation with ADT and will focus on Travelers.
SN Traders Postponed Court Date to January.
The Travelers Insurance suit that is not yet filed; that I am still working on. I'd like to remain the sole beneficiary of this suit after the close, as I will be putting my effort and money into it after the new year.
I am working on getting the new case with It's All Wireless Dismissed. More Info here (Litigation folder) Basically they are unhappy with products we sent them in May. They filed this suit in October.

I can work on obtaining some official documentation of the SN Traders and 4DGP cases for you in the coming days, and put them in the folder which is linked above.

**Website / online Analytics (last 90 days).**
Same Link to download can be found here.

**Godaddy / Domain ownership information (including who controls).**
Negri Electronics currently owns the domains, while they are under Ryan Negri's name. All domains inside that account will be signed over to you upon or prior to closing. I will just give you access to the account and you may edit the details as you see fit. Easy transaction.

**Any known liens against the company.**
None.

**Any Trademarks or IP (in addition to 1 trademark provided).**
None.

**Who controls IT & website? in-house? person? agency?  Please provide company/person's name & website.**
Document attached with all the details and contact information. If you need more, please ask.

**Also, we are thinking of making the trip to Las Vegas on Tuesday, December 18 to Wednesday, December 19.  Please let us know if those days work for you to meet in Las Vegas, and if so, then we can work on the details of the trip.**
This works perfectly for us. Please begin to schedule the trip.


Also, this year CES is January 7-10th in Las Vegas. Many of our vendors attend the show and I would be happy to introduce the management team to all of the suppliers that attend. This is a great opportunity for them to meet our trusted suppliers if their time permits.

Please let us know whatever else you need and we will get this to you in a timely manner.



**Thanks,**

**Ryan J. Negri | Founder & CEO**
**130 McCormick Avenue | Suite 101 | Costa Mesa, CA 92626**
**6255 S. Sandhill Road | Suite 600 | Las Vegas, NV 89120**
**888-358-6358 ext 121 | fax 815-331-0932 | direct 714-699-4768**
**Negri21- AOL | Airnegri@hotmail.com - MSN | Airnegs21 - Yahoo**
NegriElectronics1 - Skype | BBPIN: 2AD23CC0
ryan@negrielectronics.com | http://negrielectronics.com/
@RyanNegri | Google+ | Facebook | LinkedIn | @NegriElectronic

---

**From:** Michael Friedman [mailto:mjfny@me.com]
**Sent:** Tuesday, December 03, 2013 6:23 AM
**To:** Ryan Negri
**Cc:** Todd Sherman
**Subject:** Information Request

Ryan,
Hope you had a good Thanksgiving holiday.

Thank you for sending the bank statements last week and so quickly.  As we discussed, here are some additional information requests and questions for you:

- November financials.
- Tax Returns (all states) and any related Tax Filings & Information (last 2-3 years).

- Employee handbooks (benefits, 401k, health insurance, rules/regulations, procedures, information, etc.).
- Any written promises to employees (outside of what information has been provided all ready).
- Any changes / status updates regarding litigation / pending litigation?.
- Website / online Analytics (last 90 days).
- Godaddy / Domain ownership information (including who controls).
- Any known liens against the company.
- Any Trademarks or IP (in addition to 1 trademark provided).
- Who controls IT & website? in-house? person? agency?  Please provide company/person's name & website.

Also, we are thinking of making the trip to Las Vegas on Tuesday, December 18 to Wednesday, December 19.  Please let us know if those days work for you to meet in Las Vegas, and if so, then we can work on the details of the trip.

Look forward to meeting in person.
Regards,
Michael



Web & IT Team
- Negri...s.docx



From: **Philip J. Negri I Negri Electronics, Inc.** philip@negrielectronics.com 📎🚩
Subject: Bank Account Balances as of Dec 23, 2013
Date: December 23, 2013 at 5:36 PM
To: **mjfny** mjfny@me.com
Cc: **Todd Sherman** toddfsherman04@gmail.com, **Tom Lamons** TLamons@cwlawyers.com, **Ryan** ryan@negrielectronics.com

Hi Michael

We reconciled accounts from prior days activities and pulled all current balances as of 2:00 PM PST December 23, 2013. I've attached the appropriate reports and included explanations below.

1. Wells Bank Account Balances
These balances reflect current posted available balances in all Wells Fargo Bank accounts.

2a. Undeposited Funds Account Balance Summary
This amount includes all those payments that have been captured through our online payment processors for which the funds have not yet arrived in our Wells Fargo account.
2b. Undeposited Funds Account Balance Detail
We have included a transaction detail for the day to show that no new payments were recorded.

> Note: After 2:00 PM PST today, we began capturing new payments therefore the undeposited funds balance is actively changing (increasing) but we are not staking any claim to these new payments for orders shipping today or after the holiday.

3. Amazon Transfer Initiated Dec 23, 2013
This is the current balance being held by Amazon to be transferred to our Wells Fargo account at the end of the day.

> Note: After 2:00 PM PST today, we began capturing new payments therefore the Amazon transfer actually processed at the end of the day will likely be larger than this report shows. We are not staking any claim to these payments.

4. Paypal Withdraw Initiated Dec 22, 2013
This is the withdraw from our Paypal account from yesterday that will hit our Wells Fargo account tomorrow morning.

> Note: The available balance in Paypal will continue to increase as orders are processed but we are not staking any claim to these payments and we will not initiate any new withdraws (funds will remain in Paypal account in the very near term).

Please call or email with any questions.

**Thank You,**

**Phil Negri I VP**
130 McCormick Avenue I Suite 101 I Costa Mesa, CA 92626
6255 S. Sandhill Road I Suite 600 I Las Vegas, NV 89120
888-358-6358 ext 133 I fax 815-331-0932
philip@negrielectronics.com I https://negrielectronics.com/
@PhilNegri I Google+ I Facebook I LinkedIn I @NegriElectronic

| 2:20 PM | **Negri Electronics Inc** |
| 12/23/13 | **Balance Sheet** |
| Accrual Basis | **As of December 23, 2013** |

| | Dec 23, 13 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **1000-00 · Cash & Cash Equivalents** | |
| **1002-00 · Wells Fargo Bank** | |
| 1002-07 · Wells Fargo BluPal | 500.00 |
| 1002-01 · Wells Fargo Operating | 480,963.52 |
| 1002-02 · Wells Fargo Wire Acct | 500.00 |
| 1002-03 · Wells Fargo Money Market | 2,202.28 |
| 1002-04 · Wells Fargo PayPal Acct | 500.00 |
| 1002-05 · Wells Fargo Employee Purchase | 500.00 |
| 1002-06 · Wells Fargo Kelcin Checkout | 500.00 |
| **Total 1002-00 · Wells Fargo Bank** | 485,665.80 |

Page 1 of 1

1:51 PM
12/23/13
Accrual Basis

**Negri Electronics Inc**
**Balance Sheet**
As of December 23, 2013

|  | Dec 23, 13 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Other Current Assets | |
| 1202 · Undeposited Funds | 28,628.61 |
| **Total Other Current Assets** | 28,628.61 |

Page 1 of 1

2:04 PM

12/23/13

Accrual Basis

## Negri Electronics Inc
## Account QuickReport
### As of December 23, 2013

| Type | Date | Num | Name | Amount | Balance |
|---|---|---|---|---|---|
| 1202 · Undeposited Funds | | | | | 56,549.61 |
| Deposit | 12/23/2013 | 1204 | OneShop Wireless Inc | -1,250.00 | 55,299.61 |
| Deposit | 12/23/2013 | 100074513 | Man Lee | -49.00 | 55,250.61 |
| Deposit | 12/23/2013 | 100074512 | Chito Luna | -69.00 | 55,181.61 |
| Deposit | 12/23/2013 | 100073971 | Jacqueline Gleyze-Thomas | -924.25 | 54,257.36 |
| Deposit | 12/23/2013 | 100073823 | Benjamin Mayhall | -788.50 | 53,468.86 |
| Deposit | 12/23/2013 | 100074518 | Tavares Lloyd | -508.00 | 52,960.86 |
| Deposit | 12/23/2013 | 100074538 | Salvatore Sferrazza | -39.50 | 52,921.36 |
| Deposit | 12/23/2013 | 100074510 | Maurice Musori | -39.50 | 52,881.86 |
| Deposit | 12/23/2013 | 100074546 | Assad Conley | -69.00 | 52,812.86 |
| Deposit | 12/23/2013 | 100074547 | Margarita Zaretskaya | -981.50 | 51,831.36 |
| Deposit | 12/23/2013 | 100074544 | Dan Dunbar | -1,045.50 | 50,785.86 |
| Deposit | 12/23/2013 | 100074543 | Simon Ehiemua | -392.89 | 50,392.97 |
| Deposit | 12/23/2013 | 100074688 | lewis cohen | -538.94 | 59,853.03 |
| Deposit | 12/23/2013 | 100074524 | Abhav Korde | -485.50 | 59,367.53 |
| Deposit | 12/23/2013 | 100074514 | Stuart Hastings | -342.00 | 59,065.53 |
| Deposit | 12/23/2013 | 100074499 | Robert Casona | -661.58 | 58,403.95 |
| Deposit | 12/23/2013 | 100074493 | John Fulton | -498.46 | 57,905.39 |
| Deposit | 12/23/2013 | 100074661 | Rishi Bridgelal | -555.50 | 57,349.89 |
| Deposit | 12/23/2013 | 100074464 | Jeffery Duffield | -580.31 | 56,769.58 |
| Deposit | 12/23/2013 | 100074566 | Syad Abidi | -379.50 | 56,390.08 |
| Deposit | 12/23/2013 | 100074566 | Alexey Omelchenko | -594.50 | 55,795.58 |
| Deposit | 12/23/2013 | 100074564 | Tim Burke | -503.50 | 55,292.08 |
| Deposit | 12/23/2013 | 100074519 | Tin Nguyen | -503.00 | 54,789.08 |
| Deposit | 12/23/2013 | 100074494 | piotr filipk | -766.50 | 54,022.58 |
| Deposit | 12/23/2013 | 100074568 | James Jones | -588.00 | 53,434.58 |
| Deposit | 12/23/2013 | 100074562 | Giacomo Passarelli | -38.50 | 53,395.08 |
| Deposit | 12/23/2013 | 100074444 | erika bowlin | -554.00 | 52,841.08 |
| Deposit | 12/23/2013 | 100074443 | Angela Emanuel | -564.70 | 52,276.38 |
| Deposit | 12/23/2013 | 100074433 | elene glushkova-castillo | -529.50 | 51,746.88 |
| Deposit | 12/23/2013 | 100074428 | Paulette Jercks | -384.74 | 51,382.14 |
| Deposit | 12/23/2013 | 100074478 | JORGE HERNANDEZ | -49.00 | 51,333.14 |
| Deposit | 12/23/2013 | 100074478 | JORGE HERNANDEZ | -39.00 | 51,294.14 |
| Deposit | 12/23/2013 | 100074489 | Ken Walter | -651.68 | 50,642.46 |
| Deposit | 12/23/2013 | 100074473 | Gregg D | -480.46 | 50,162.00 |
| Deposit | 12/23/2013 | 100074482 | Nathaniel Sherman | -806.00 | 49,356.00 |
| Deposit | 12/23/2013 | 100074458 | Michael Shpeay | -431.72 | 48,924.28 |
| Deposit | 12/23/2013 | 100074490 | Sony Sherpa | -717.68 | 48,206.60 |
| Deposit | 12/23/2013 | 100074459 | Kisean Ash | -991.91 | 47,214.69 |
| Deposit | 12/23/2013 | 100074449 | Bum Won Lim | -442.97 | 46,771.72 |
| Deposit | 12/23/2013 | 100074449 | William Brooks | -311.50 | 46,460.22 |
| Deposit | 12/23/2013 | 100074415 | Annette Ashiotu | -681.33 | 45,768.89 |
| Deposit | 12/23/2013 | 100074430 | Chao Wang | -306.50 | 45,492.39 |
| Deposit | 12/23/2013 | 100074426 | Marc Montora | -989.50 | 44,502.89 |
| Deposit | 12/23/2013 | 100074403 | Sharon Lau | -145.33 | 44,357.44 |

| Deposit | 12/23/2013 | 100014483 | Sharon Lee | -149.25 | 44,391.51 |
|---|---|---|---|---|---|
| Deposit | 12/23/2013 | T71353 | Tim Schesser/TechSpot | -1,064.00 | 43,293.61 |
| Deposit | 12/23/2013 | 100074296 | W C Axelson | -1,098.99 | 42,194.62 |
| Deposit | 12/23/2013 | 100074393 | James Spence | -1,222.81 | 40,971.81 |
| Deposit | 12/23/2013 | 100074365 | n/a hipp | -361.50 | 40,610.31 |
| Deposit | 12/23/2013 | 100074447 | n/a James | -379.81 | 40,230.50 |
| Deposit | 12/23/2013 | 100074437 | Andrew Li | -1,803.68 | 38,426.82 |
| Deposit | 12/23/2013 | 100074439 | Peng | -669.50 | 37,757.32 |
| Deposit | 12/23/2013 | 100065030 | Natasha Williams | -403.59 | 37,353.73 |
| Deposit | 12/23/2013 | 100074545 | n/a Antonio | -565.54 | 36,788.19 |
| Deposit | 12/23/2013 | 100074575 | TETSUYUKI USAMI | -457.35 | 36,330.84 |
| Deposit | 12/23/2013 | 100074078 | Ahmed Mohd Shukri | -405.50 | 35,925.34 |
| Deposit | 12/23/2013 | 100073804 | Gota Kataoka | -789.50 | 35,135.84 |
| Deposit | 12/23/2013 | 100073936 | Ahmed Mohd Shukri | -721.50 | 34,414.34 |
| Deposit | 12/23/2013 | 100073944 | Gota Kataoka | -789.50 | 33,624.84 |
| Deposit | 12/23/2013 | 100074505 | n/a Alvaro | -651.68 | 32,973.16 |
| Deposit | 12/23/2013 | 100074323 | Joel Barry | -667.50 | 32,305.66 |
| Deposit | 12/23/2013 | 100074235 | Vashslav Postlinko | -953.56 | 31,352.10 |
| Deposit | 12/23/2013 | 100073937 | SUdhir M. Bobde | -908.48 | 30,443.62 |
| Deposit | 12/23/2013 | 100074559 | n/a atomo | -655.50 | 29,788.12 |
| Deposit | 12/23/2013 | 100074563 | Gloria Jimenez | -548.50 | 29,238.62 |
| Deposit | 12/23/2013 | 100074567 | Haroon Ahmed | -470.57 | 28,788.05 |
| Deposit | 12/23/2013 | 100074588 | NAOKI NOMURA | -139.44 | 28,628.61 |
| Total 1202 | Undeposited Funds | | | -37,921.00 | 28,628.61 |
| **TOTAL** | | | | **-37,921.00** | **28,628.61** |

Page 1

12/23/13                                       Payments - Amazon Seller Central

# amazonpayments™

Search [    ] 🔍        Messages | Help | Settings

Checkout by Amazon /Pro [▼]

INVENTORY    ORDERS    INTEGRATION    **REPORTS**    PERFORMANCE

## Payments  Learn more

Your statement for:    [ Dec 22, 2013 - Dec 23, 2013 (Open) ▼ ]

| **Beginning Balance** | Previous statement's unavailable balance | $0.00 |
|---|---|---|
| | Carryover | $1,562.35 |
| | | $1,562.35 |

| **Orders** | Product charges | $9,452.00 |
|---|---|---|
| | Promo rebates | -$110.00 |
| | Amazon fees | -$190.22 |
| | Other (shipping & gift wrap credits) | $433.84 |
| | | $9,585.62 |

| **Refunds** | Product charges | -$594.50 |
|---|---|---|
| | Promo rebates | $0.00 |
| | Amazon fees | $12.96 |
| | Other | -$70.82 |
| | | -$652.36 |

| **Closing Balance** | Total balance | $10,495.61 |
|---|---|---|
| | Unavailable balance  What's this? | -$2,072.35 |

Upcoming payment schedule

**Transfer amount scheduled to initiate on Dec 23, 2013\***     **$8,423.26**

\*Transfers can take 3-5 business days to complete. The
current amount displayed is an estimate and may vary from
the amount transferred based on new activity in your seller
account, including: product sales, fees, refunds, chargebacks,
and A-to-z Guarantee claims.

https://sellercentral.amazon.com/gp/payments-account/settlement-summary.html?groupId=2013356yzXclAbLT82e8DA_fUS.jpg     1/1

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   **History**   Resolution Center   Profile   Virtual Terminal

## Transaction Details

 Your account has open issues. Click to Resolve or Check Status

**Withdraw Funds to a Bank Account (Unique Transaction ID # 1PM99069110857409)**

Total amount: -$11,545.62 USD
Fee amount: $0.00 USD
Net amount: -$11,545.62 USD

Date: Dec 22, 2013
Time: 18:06:46 PST
Status: Pending
You made a request to transfer money from your PayPal account to your bank
account. The transfer will complete in 3-4 days.

Subject: Bank Account
Transfer to: WELLS FARGO BANK, NA Checking (Confirmed) x-4008

Return to My Account

# EXHIBIT B

**Appendix A** - Income Statement 2013-2015



| | 2007 TOTAL | 2008 TOTAL | 2009 TOTAL | 2010 TOTAL | Q1 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| **Wholesale Revenue** | | | | | |
| Offline Revenue | | | | | |
| Dealer Log-in Revenue | | | | | |
| White-Label Revenue | | | | | |
| **Total Wholesale Revenue** | | | | | 685,323 |
| **Retail Revenue** | | | | | |
| Device Revenue | | | | | 879,447 |
| Accessory Revenue | | | | | |
| Unlock Service Revenue | | | | | |
| Protection Plan Revenue | | | | | |
| Wireless Service Revenue | | | | | |
| Digital Photography Equipment Revenue | | | | | |
| **Total Retail Revenue** | | | | | 879,447 |
| **Total Revenue** | $ 1,380,578 | $ 2,545,536 | $ 5,419,873 | $ 6,824,819 | $ 1,564,770 |
| **COST OF GOODS SOLD** | | | | | |
| **Wholesale Cost** | | | | | |
| Offline Cost | | | | | |
| Dealer Log-in Cost | | | | | |
| White-Label Cost | | | | | |
| **Total Wholesale Cost** | | | | | 632,120 |
| **Retail Cost** | | | | | |
| Device Cost | | | | | 805,735 |
| Accessory Cost | | | | | |
| Unlock Service Cost | | | | | |
| Protection Plan Cost | | | | | |
| Wireless Service Cost | | | | | |
| Digital Photography Equipment Cost | | | | | |
| Processing Fees | | | | | |
| **Total Retail Cost** | | | | | 805,735 |
| **Net Shipping Cost** | | | | | |

**Appendix A**

| | Income Statement 2013-2015 | | | | |
|---|---|---|---|---|---|
| Total Cost of Goods Sold | 1,267,284 | 2,271,433 | 5,053,395 | 6,075,576 | 1,437,865 |
| **GROSS PROFIT** | | | | | |
| Wholesale Gross Profit | | | | | |
| Offline Gross Profit | | | | | |
| Dealer Log-in Gross Profit | | | | | |
| White-Label Gross Profit | | | | | |
| **Total Wholesale Gross Profit** | | | | | |
| Retail Gross Profit | | | | | |
| Device Gross Profit | | | | | |
| Accessory Gross Profit | | | | | |
| Unlock Service Gross Profit | | | | | |
| Protection Plan Gross Profit | | | | | |
| Wireless Service Gross Profit | | | | | |
| Digital Photography Equipment Gross Profit | | | 53,203 | | 73,711 |
| **Total Retail Gross Profit** | | | | | |
| **Total Gross Profit** | $ 113,294 | $ 274,103 | $ 366,478 | $ 749,243 | $ 126,915 |
| **MARKETING EXPENSE** | | | | | |
| Marketing and Promotions | 6,005 | 25,706 | 50,532 | 19,906 | 8,338 |
| **Total Marketing Expense** | 6,005 | 25,706 | 50,532 | 19,906 | 8,338 |
| **GENERAL & ADMIN EXPENSE** | | | | | |
| Salaries and Wages | | | | 67,516 | 47,314 |
| Facilities Expense | | | | 26,158 | 11,411 |
| Other G&A | 51,887 | 95,322 | 151,633 | 249,207 | 37,921 |
| **Total General & Admin Expenses** | 51,887 | 95,322 | 151,633 | 316,723 | 85,235 |
| **TOTAL EXPENSE** | 57,902 | 121,028 | 202,165 | 336,629 | 93,573 |
| **EBIT** | $ 55,392 | $ 153,075 | $ 164,313 | $ 412,614 | $ 33,341 |
| Income Taxes (30%) | | | | | |
| **NET INCOME** | | | | | |

# Appendix A

## Income Statement 2013-2015

| | 2011 Q2 | 2011 Q3 | 2011 Q4 | 2011 TOTAL | 2011 % | 2012 Q1 | 2012 Q2 | 2012 Q3 | 2012 Q4 |
|---|---|---|---|---|---|---|---|---|---|
| | 1,212,901 | 1,991,716 | 2,938,909 | 6,828,849 | 59% | 828,883 | 728,592 | 873,494 | 1,601,557 |
| | | | | | | - | - | - | - |
| | 1,212,901 | 1,991,716 | 2,938,909 | 6,828,849 | 59% | 828,883 | 728,592 | 873,494 | 1,601,557 |
| | 1,082,866 | 945,176 | 1,810,891 | 4,718,380 | 41% | 1,329,920 | 1,009,129 | 909,027 | 1,485,197 |
| | | | | | | 11,292 | 5,915 | 21,536 | 18,212 |
| | | | | | | 114 | 3,549 | 14,162 | 14,593 |
| | | | | | | - | 1,902 | 8,772 | 10,785 |
| | | | | | | - | 611 | 531 | 1,345 |
| | | | | | | 405 | - | - | - |
| | | | | | | 1,561 | 2,499 | 57,355 | 140,184 |
| | 1,082,866 | 945,176 | 1,810,891 | 4,718,380 | 41% | 1,343,292 | 1,023,604 | 1,011,383 | 1,670,315 |
| | $ 2,295,767 | $ 2,936,892 | $ 4,749,800 | $ 11,547,229 | 100% | $ 2,172,175 | $ 1,752,196 | $ 1,884,877 | $ 3,271,872 |
| | 1,124,819 | 1,891,099 | 2,686,933 | 6,334,971 | 55% | 768,937 | 692,822 | 841,178 | 1,451,996 |
| | | | | | | - | - | - | - |
| | 1,124,819 | 1,891,099 | 2,686,933 | 6,334,971 | 55% | 768,937 | 692,822 | 841,178 | 1,451,996 |
| | 971,557 | 817,641 | 1,700,349 | 4,295,282 | 37% | 1,205,616 | 923,280 | 799,188 | 1,372,247 |
| | | | | | | 10,506 | 5,711 | 17,707 | 18,021 |
| | | | | | | 2,000 | 3,435 | 8,400 | 2,113 |
| | | | | | | - | - | 6,880 | 6,445 |
| | | | | | | - | - | 272 | 1,246 |
| | | | | | | 1,411 | 2,454 | 53,700 | 129,016 |
| | | | | | | 32,971 | 25,371 | 26,221 | 41,197 |
| | 971,557 | 817,641 | 1,700,349 | 4,295,282 | 37% | 1,252,504 | 960,251 | 912,369 | 1,570,285 |
| | | | | | | 12,028 | (3,812) | (37,781) | 16,477 |

**Appendix A**

**Income Statement 2013-2015**

| | | | | Margin | | | | |
|---|---|---|---|---|---|---|---|---|
| 2,096,376 | 2,708,740 | 4,387,281 | 10,630,253 | 92% | 2,033,469 | 1,649,261 | 1,715,765 | 3,038,758 |
| 88,082 | 100,617 | 251,976 | 493,878 | 7% | 59,946 | 35,771 | 32,316 | 149,561 |
| | | | | - | 124,304 | 85,850 | 109,839 | 112,950 |
| | | | | - | 786 | 203 | 3,828 | 191 |
| | | | | - | (1,886) | 114 | 5,762 | 10,658 |
| | | | | - | 405 | 611 | 259 | 99 |
| | | | | - | 150 | 45 | 3,655 | 11,168 |
| | | | | - | - | 1,902 | 1,892 | 4,340 |
| 111,309 | 127,535 | 110,543 | 423,098 | 9% | 90,787 | 63,352 | 99,014 | 100,030 |
| 199,391 $ | 228,152 $ | 362,519 $ | 916,976 $ | 8% | 138,706 $ | 102,935 $ | 169,111 $ | 233,114 |
| 3,492 | 16,938 | 4,782 | 33,550 | 0.3% | 30,526 | 33,913 | 34,180 | 34,182 |
| 3,492 | 16,938 | 4,782 | 33,550 | 0% | 30,526 | 33,913 | 34,180 | 34,182 |
| 70,703 | 84,911 | 95,900 | 298,829 | 2.6% | 97,122 | 173,179 | 107,447 | 125,535 |
| 10,724 | 9,082 | 10,248 | 41,465 | 0.4% | 10,050 | 24,509 | 10,658 | 24,781 |
| 32,809 | 37,113 | 54,724 | 162,566 | 1.4% | (1,886) | 114 | 5,762 | 43,412 |
| 103,512 | 122,024 | 150,624 | 461,395 | 4% | 47,281 | 42,885 | 43,412 | 48,271 |
| 107,004 | 138,962 | 155,406 | 494,945 | 4% | 184,979 | 274,486 | 195,697 | 232,769 |
| 92,387 $ | 89,189 $ | 207,113 $ | 422,031 $ | 4% | (46,273) $ | (171,551) $ | (26,585) $ | 345 |
| | | | | | | | (26,585) $ | 345 |

# Appendix A

## Income Statement 2013-2015

| 2012 TOTAL | % | Q1 (2013) | Q2 (2013) | Q3 (2013) | Q4 (2013E) | 2013E TOTAL | % | Q1 |
|---|---|---|---|---|---|---|---|---|
| 4,032,527 | 44% | 2,256,042 | 1,614,412 | 2,352,482 | 3,695,857 | 9,918,793 | 58% | 3,482,109 |
| – | 0% | – | – | 65,655 | 114,895 | 180,550 | 1% | 201,067 |
| – | 0% | – | – | – | – | 180,000 | 0% | 180,000 |
| 4,032,527 | 44% | 2,256,042 | 1,614,412 | 2,418,137 | 3,810,752 | 10,099,343 | 59% | 3,863,176 |
| 4,733,274 | 52% | 1,106,773 | 1,227,452 | 1,454,923 | 2,182,384 | 5,971,532 | 35% | 1,660,159 |
| 56,954 | 1% | 18,730 | 23,499 | 99,039 | 148,558 | 289,826 | 2% | 222,837 |
| 32,417 | 0% | 3,965 | (217) | 354 | 531 | 4,633 | 0% | 797 |
| 21,458 | 0% | 8,341 | 9,734 | 9,065 | 29,046 | 56,186 | 0% | 38,063 |
| 2,892 | 0% | 2,400 | 2,346 | 3,298 | 5,771 | 13,816 | 0% | 7,214 |
| 201,598 | 2% | 117,800 | 179,522 | 174,772 | 218,464 | 690,557 | 4% | 273,080 |
| 5,048,593 | 56% | 1,258,009 | 1,442,336 | 1,741,450 | 2,584,755 | 7,026,550 | 41% | 2,202,150 |
| $ 9,081,120 | 100% | $ 3,514,051 | $ 3,056,748 | $ 4,159,587 | $ 6,395,508 | $ 17,125,894 | 100% | $ 6,065,326 |
| 4,300,332 | 47% | 1,010,326 | 1,118,312 | 1,280,382 | 1,964,146 | 5,373,166 | 31% | 1,487,502 |
| 51,946 | 1% | 17,003 | 21,921 | 77,343 | 112,904 | 229,171 | 1% | 169,356 |
| 15,948 | 0% | 4,657 | 1,135 | 2,000 | 345 | 8,137 | 0% | 478 |
| 13,325 | 0% | 6,515 | 6,845 | 20,042 | 2,895 | 36,297 | 0% | 26,264 |
| 1,518 | 0% | 2,195 | 1,967 | 3,068 | 4,617 | 11,847 | 0% | 5,771 |
| 186,581 | 2% | 108,022 | 164,427 | 156,111 | 196,618 | 625,178 | 4% | 244,680 |
| 125,759 | 1% | 32,071 | 32,809 | 21,494 | 74,501 | 160,876 | 1% | 48,864 |
| 4,695,409 | 52% | 1,180,789 | 1,347,417 | 1,560,440 | 2,356,026 | 6,444,671 | 38% | 1,982,915 |
| (13,088) | 0% | 9,742 | 38,201 | 31,441 | 46,666 | 126,051 | 1% | 39,759 |

# Appendix A

## Income Statement 2013-2015

| | Margin | | | | | | Margin | |
|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| 8,437,253 | 93% | 3,279,237 | 2,907,875 | 3,887,176 | 5,969,557 | 16,043,845 | 94% | 5,598,895 |
| 277,594 | 7% | 167,336 | 92,155 | 118,902 | 236,535 | 614,927 | 6% | 257,676 |
|  |  |  |  | 3,940 | 7,353 | 11,293 | 6% | 14,879 |
| - | - | - | - | - | - | - | - | 14,400 |
| 277,594 | 7% | 167,336 | 92,155 | 122,841 | 243,888 | 626,220 | 6% | 286,955 |
| 432,942 | 9% | 96,447 | 109,140 | 174,541 | 218,238 | 598,366 | 10% | 172,657 |
| 5,008 | 9% | 1,728 | 1,577 | 21,896 | 35,654 | 60,655 | 21% | 53,481 |
| 16,469 | 51% | (692) | (1,352) | (1,646) | 186 | (3,504) | -78% | 319 |
| 8,133 | 38% | 1,826 | 2,889 | 6,170 | 9,004 | 19,889 | 35% | 11,800 |
| 1,374 | 47% | 206 | 380 | 230 | 1,154 | 1,970 | 14% | 1,443 |
| 15,017 | 7% | 9,778 | 15,094 | 18,661 | 21,846 | 65,379 | 9% | 28,400 |
| 353,184 | 7% | 77,220 | 94,919 | 181,010 | 228,730 | 581,879 | 8% | 219,235 |
| 643,866 | 7% | 234,813 | 148,873 | 272,410 | 425,951 | 1,082,048 | 6% | 466,431 |
| 132,801 | 1.5% | 18,670 | 23,918 | 17,796 | 55,101 | 115,485 | 0.7% | 55,921 |
| 132,801 | 1% | 18,670 | 23,918 | 17,796 | 55,101 | 115,485 | 1% | 55,921 |
| 503,283 | 5.5% | 110,616 | 122,144 | 114,998 | 152,434 | 500,192 | 2.9% | 170,540 |
| 69,999 | 0.8% | 32,703 | 25,113 | 25,661 | 26,775 | 110,252 | 0.6% | 26,976 |
| 181,849 | 2.0% | 57,936 | 79,042 | 42,007 | 46,099 | 225,083 | 1.3% | 50,739 |
| 755,131 | 8% | 201,255 | 226,299 | 182,666 | 225,308 | 835,527 | 5% | 248,255 |
| 887,931 | 10% | 219,924 | 250,217 | 200,462 | 280,409 | 951,013 | 6% | 304,175 |
| (244,065) | -3% | $ 14,889 | $ (101,344) | $ 71,948 | $ 145,542 | $ 131,036 | 1% | $ 162,256 |
| - | 0% | 4,167 | - | 19,044 | 43,663 | 55,532 | 0% | 48,677 |
| (26,240) | 0% | $ 10,722 | $ (101,344) | $ 52,904 | $ 101,880 | $ 64,182 | 0% | $ 113,579 |

**Appendix A**

Income Statement 2013-2015

| 2014E Q2 | Q3 | Q4 | TOTAL (2014E) | % | 2015E Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|---|---|---|---|
| 3,385,449 | 3,870,777 | 5,196,992 | 15,935,327 | 52% | 4,940,021 | 4,838,543 | 5,538,289 | 7,416,216 |
| 351,867 | 492,614 | 689,660 | 1,735,208 | 6% | 241,280 | 422,241 | 591,137 | 827,592 |
| 202,500 | 227,813 | 436,289 | 1,046,602 | 3% | 490,825 | 552,178 | 801,201 | 901,351 |
| 3,939,816 | 4,591,204 | 6,322,940 | 18,717,136 | 61% | 5,672,127 | 5,812,962 | 6,930,627 | 9,145,158 |
| 1,841,179 | 2,182,384 | 3,273,576 | 8,957,298 | 29% | 2,324,222 | 2,577,650 | 3,055,338 | 4,583,007 |
| 287,404 | 320,885 | 369,018 | 1,180,144 | 4% | 405,920 | 446,512 | 491,163 | 540,279 |
| 956 | 1,147 | 1,319 | 4,218 | 0% | 1,451 | 1,596 | 1,756 | 1,931 |
| 54,426 | 71,260 | 118,724 | 282,474 | 1% | 103,069 | 127,710 | 146,448 | 218,878 |
| 9,018 | 9,920 | 10,912 | 37,063 | 0% | 12,003 | 13,203 | 14,523 | 15,976 |
| 341,351 | 375,486 | 413,034 | 1,402,951 | 5% | 454,338 | 499,771 | 549,749 | 604,723 |
| 2,514,333 | 2,961,081 | 4,186,583 | 11,864,148 | 39% | 3,301,002 | 3,666,442 | 4,258,976 | 5,964,794 |
| 6,454,150 | $ 7,552,285 | $ 10,509,524 | $ 30,581,284 | 100% | $ 8,973,129 | $ 9,479,403 | $ 11,189,603 | $ 15,109,952 |
| 3,134,926 | 3,584,340 | 4,812,414 | 14,756,113 | 48% | 4,574,460 | 4,480,491 | 5,128,456 | 6,867,416 |
| 325,829 | 456,161 | 638,625 | 1,606,803 | 5% | 223,426 | 390,995 | 547,393 | 766,350 |
| 186,300 | 209,588 | 401,386 | 962,873 | 3% | 451,559 | 508,004 | 737,105 | 829,243 |
| 3,647,055 | 4,250,088 | 5,852,425 | 17,325,789 | 57% | 5,249,444 | 5,379,489 | 6,412,953 | 8,463,008 |
| 1,649,696 | 1,955,416 | 2,933,124 | 8,025,739 | 26% | 2,082,503 | 2,309,574 | 2,737,583 | 4,106,374 |
| 203,227 | 243,873 | 280,454 | 896,910 | 3% | 308,499 | 339,349 | 373,284 | 410,612 |
| 573 | 688 | 791 | 2,531 | 0% | 871 | 958 | 1,053 | 1,159 |
| 37,554 | 49,169 | 81,920 | 194,907 | 1% | 71,118 | 88,120 | 101,049 | 151,026 |
| 7,214 | 7,936 | 8,729 | 29,651 | 0% | 9,602 | 10,562 | 11,619 | 12,780 |
| 305,850 | 336,435 | 370,079 | 1,257,044 | 4% | 407,087 | 447,795 | 492,575 | 541,832 |
| 55,791 | 65,704 | 92,897 | 263,256 | 1% | 73,247 | 81,356 | 94,503 | 132,354 |
| 2,259,906 | 2,659,221 | 3,767,994 | 10,670,037 | 35% | 2,952,926 | 3,277,714 | 3,811,666 | 5,356,138 |
| 45,395 | 53,461 | 75,587 | 214,201 | 1% | 59,598 | 66,196 | 76,894 | 107,691 |

## Appendix A

### Income Statement 2013-2015

| | | | | Margin | | | | |
|---|---|---|---|---|---|---|---|---|
| 250,523 | 286,438 | 384,577 | 1,179,214 | 7% | 365,562 | 358,052 | 409,833 | 548,800 |
| 26,038 | 36,453 | 51,035 | 128,405 | 7% | 17,855 | 31,246 | 43,744 | 61,242 |
| 16,200 | 18,225 | 34,903 | 83,728 | 8% | 39,266 | 44,174 | 64,096 | 72,108 |
| 292,761 | 341,116 | 470,515 | 1,391,348 | 7% | 422,682 | 433,472 | 517,674 | 682,150 |
| 191,483 | 226,968 | 340,452 | 931,559 | 10% | 241,719 | 288,076 | 317,755 | 476,633 |
| 64,177 | 77,012 | 88,564 | 283,235 | 24% | 97,421 | 107,163 | 117,879 | 129,667 |
| 382 | 459 | 528 | 1,687 | 40% | 580 | 638 | 702 | 772 |
| 16,872 | 22,091 | 36,805 | 87,567 | 31% | 31,951 | 39,590 | 45,399 | 67,852 |
| 1,804 | 1,984 | 2,182 | 7,413 | 20% | 2,401 | 2,641 | 2,905 | 3,195 |
| 35,500 | 39,051 | 42,956 | 145,907 | 10% | 47,251 | 51,976 | 57,174 | 62,891 |
| 254,427 | 301,860 | 418,589 | 1,194,111 | 10% | 348,077 | 388,728 | 447,310 | 608,657 |
| 501,793 | 589,515 | 813,518 | 2,371,257 | 8% | 711,161 | 756,005 | 888,090 | 1,183,115 |
| 59,331 | 62,973 | 66,865 | 245,091 | 0.8% | 71,026 | 75,477 | 80,240 | 85,340 |
| 59,331 | 62,973 | 66,865 | 245,091 | 1% | 71,026 | 75,477 | 80,240 | 85,340 |
| 180,886 | 209,045 | 213,037 | 773,507 | 2.5% | 246,222 | 250,748 | 267,061 | 271,973 |
| 27,178 | 27,382 | 27,587 | 109,123 | 0.4% | 27,794 | 28,003 | 28,213 | 28,424 |
| 49,328 | 50,720 | 57,347 | 208,133 | 0.7% | 55,800 | 54,557 | 56,545 | 63,979 |
| 257,392 | 287,147 | 297,971 | 1,090,764 | 4% | 329,816 | 333,308 | 351,819 | 364,376 |
| 316,723 | 350,120 | 364,836 | 1,335,855 | 4% | 400,842 | 408,785 | 432,059 | 449,716 |
| $ 129,549 | $ 167,577 | $ 314,077 | $ 724,782 | 2% | $ 217,223 | $ 243,054 | $ 319,222 | 513,379 |
| 55,521 | 71,819 | 134,605 | 310,621 | 1% | 93,096 | 104,166 | 136,810 | 220,020 |
| $ 185,070 | $ 239,395 | $ 448,682 | $ 1,035,402 | 3% | $ 310,319 | $ 347,220 | $ 456,032 | $ 733,399 |
| $ 5,952,356 | 6,962,770 | 9,696,006 | 28,210,027 | 92% | 8,261,988 | 8,723,399 | 10,301,512 | 13,926,837 |

**Appendix A**

**Income Statement 2013-2015**

| | 2015E TOTAL |
|---|---|
| | 22,733,069 |
| | 2,082,250 |
| | 2,745,555 |
| | 27,560,873 |
| | 12,540,217 |
| | 1,883,874 |
| | 6,734 |
| | 596,105 |
| | 55,705 |
| | 2,108,581 |
| | 17,191,215 |
| | 44,752,088 |
| | 21,050,822 |
| | 1,928,163 |
| | 2,525,911 |
| | 25,504,895 |
| | 11,236,034 |
| | 1,431,744 |
| | 4,040 |
| | 411,313 |
| | 44,564 |
| | 1,889,289 |
| | 381,460 |
| | 15,398,443 |
| | 310,379 |

**Appendix A**

Income Statement 2013-2015

41,213,717

1,682,247
154,086
219,644
2,055,978

1,304,183
452,130
2,693
184,793
11,141
219,292
1,792,772
3,538,371

312,084
312,084

1,036,004
112,434
230,880
1,379,318

1,691,402

1,846,969

554,091

1,292,878

|  | 2009 Dec 31, 2009 | 2010 Dec 31, 2010 | 2011 Dec 31, 2011 |
|---|---|---|---|
| **ASSETS** | | | |
| Current Assets | | | |
| Cash & Cash Equivalents | | | |
| 1000 · Cash & Cash Equivalents | 52,313 | 171,707 | 75,090 |
| Operating Cash (% of TTM Sales) | 1.0% | 2.5% | 0.7% |
| Total Cash and Cash Equivalents | 52,313 | 171,707 | 75,090 |
| Accounts Receivable | | | |
| 1200 · Accounts Receivable | 53,900 | 34,476 | 100,859 |
| AR (% of TTM Sales) | 1.0% | 0.5% | 0.9% |
| Total Accounts Receivable | 53,900 | 34,476 | 100,859 |
| Other Current Assets | | | |
| 1202 · Undeposited Funds | 31,831 | 9,748 | 311,679 |
| Undeposited Funds (% of TTM Sales) | 0.6% | 0.1% | 2.7% |
| 1205 · Loans & Amounts Receivable | (73) | 1,920 | 1,587 |
| 1300 · Inventory Asset | 127,732 | 391,293 | 870,211 |
| Inventory (% of TTM Sales) | 2.4% | 5.7% | 7.5% |
| 1400 · Prepaids | - | - | - |
| 1700 · Investments | - | - | - |
| Total Other Current Assets | 159,490 | 402,961 | 1,183,477 |
| **Total Current Assets** | 265,704 | 609,144 | 1,359,426 |
| Fixed Assets | | | |
| 1500 · Fixed Assets (Net) | 222,038 | 278,223 | 63,759 |
| **Total Fixed Assets** | 222,038 | 278,223 | 63,759 |
| Other Assets | | | |
| 1600 · Other Assets | - | 4,125 | 5,207 |
| **Total Other Assets** | - | 4,125 | 5,207 |
| **TOTAL ASSETS** | 487,742 | 891,491 | 1,428,382 |
| **LIABILITIES & EQUITY** | | | |

| | | | |
|---|---:|---:|---:|
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| Accounts Payable | | | |
| 2000 · Accounts Payable | 54,535 | 97,101 | 376,523 |
| AP (% of TTM Sales) | 1.0% | 1.4% | 3.3% |
| Total Accounts Payable | 54,535 | 97,101 | 376,523 |
| Other Current Liabilities | | | |
| 2005 · Credit Cards Payable | 38,958 | 6,091 | 2,593 |
| 2100 · Payroll & Tax Liabilities | 1,634 | 2,564 | 10,948 |
| 2200 · Sales Tax Payable | 126 | 568 | 558 |
| 2350 · Unearned Revenue | - | - | - |
| 2410 · Loan From Shareholder | - | 24,283 | 31,033 |
| 2300 · Security Deposits | 1,590 | 695 | - |
| Total Other Current Liabilities | 42,308 | 34,201 | 45,132 |
| **Total Current Liabilities** | 96,843 | 131,302 | 421,656 |
| **Long Term Liabilities** | | | |
| 2500 · Real Estate Loans | 187,625 | 186,633 | - |
| **Total Long Term Liabilities** | 187,625 | 186,633 | - |
| **Total Liabilities** | 284,468 | 317,935 | 421,656 |
| **Equity** | | | |
| Shareholder Equity | 167,229 | 257,303 | 329,258 |
| Retained Earnings | (92,958) | 112,261 | 220,067 |
| Net Income | 129,002 | 203,992 | 457,411 |
| **Total Equity** | 203,273 | 573,557 | 1,006,736 |
| **TOTAL LIABILITIES & EQUITY** | 487,742 | 891,491 | 1,428,392 |

| | 2012 | 2013 | | | 2013 | | 2014 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Dec 31, 2012 | Mar 31, 2013 | Jun 30, 2013 | Sep 30, 2013 | Dec 31, 2013 | Mar 31, 2014 | Jun 30, 2014 |
| | 61,751 | 128,150 | 207,429 | 70,286 | 98,861 | 130,627 | 176,157 |
| | 0.7% | 1.0% | 1.8% | 0.5% | 0.6% | 0.7% | 0.8% |
| | 61,751 | 128,150 | 207,429 | 70,286 | 143,503 | 244,357 | 352,430 |
| | 170,479 | 169,634 | 163,437 | 246,205 | 467,023 | 541,962 | 641,891 |
| | 1.9% | 2.0% | 2.5% | 2.7% | 2.7% | 2.8% | 2.8% |
| | 170,479 | 169,634 | 163,437 | 246,205 | 467,023 | 541,962 | 641,891 |
| | 99,082 | 39,101 | 62,517 | 105,101 | 151,492 | 188,411 | 187,240 |
| | 2.0% | 2.2% | 2.2% | 2.2% | 2.2% | 2.1% | 2.1% |
| | 29,818 | 15,518 | 27,025 | 30,025 | 30,025 | 30,025 | 30,025 |
| | 524,044 | 472,565 | 307,935 | 320,772 | 405,837 | 452,307 | 514,489 |
| | 5.8% | 5.8% | 2.6% | 2.5% | 2.4% | 2.3% | 2.2% |
| | 6,000 | (317) | 1,545 | 4,540 | 4,540 | 4,540 | 4,540 |
| | 31,038 | 31,038 | 31,038 | 31,038 | 31,038 | 31,038 | 31,038 |
| | 689,982 | 557,905 | 430,059 | 491,476 | 622,933 | 686,321 | 767,331 |
| | 922,212 | 855,689 | 800,925 | 807,968 | 1,233,459 | 1,472,640 | 1,761,653 |
| | 359 | 7,209 | 11,211 | 11,211 | 11,211 | 11,211 | 11,211 |
| | 359 | 7,209 | 11,211 | 11,211 | 11,211 | 11,211 | 11,211 |
| | 36,991 | 36,991 | 36,994 | 50,139 | 50,139 | 50,139 | 50,139 |
| | 36,991 | 36,991 | 36,994 | 50,139 | 50,139 | 50,139 | 50,139 |
| | 959,562 | 899,889 | 849,130 | 869,318 | 1,294,809 | 1,533,990 | 1,823,003 |

| 134,718 | 75,259 | 100,699 | 89,841 | 371,971 | 448,754 | 552,546 |
|---|---|---|---|---|---|---|
| 1.5% | 1.6% | 1.8% | 2.0% | 2.2% | 2.3% | 2.4% |
| 134,718 | 75,259 | 100,699 | 89,841 | 371,971 | 448,754 | 552,546 |
| - | - | - | - | - | - | - |
| 9,223 | 12,070 | 6,381 | 2,063 | 2,167 | 2,275 | 2,389 |
| 1,147 | 469 | 1,065 | 664 | 698 | 732 | 769 |
| 1,050 | 150 | 150 | 150 | 150 | 150 | 150 |
| 129,110 | 113,736 | 78,405 | 50,401 | 50,401 | 50,401 | 50,401 |
| 140,530 | 126,425 | 86,000 | 53,279 | 53,416 | 53,559 | 53,709 |
| 275,248 | 201,684 | 186,699 | 143,121 | 425,387 | 502,313 | 606,255 |
| 275,248 | 201,684 | 186,699 | 143,121 | 425,387 | 502,313 | 606,255 |
| - | - | - | - | - | - | - |
| - | - | - | - | - | - | - |
| - | - | - | - | - | - | - |
| 275,248 | 201,684 | 186,699 | 143,121 | 425,387 | 502,313 | 606,255 |
| 587,466 | 587,466 | 587,466 | 587,466 | 587,466 | 587,466 | 587,466 |
| 361,675 | 96,848 | 96,848 | 96,848 | 136,414 | 281,956 | 444,212 |
| (264,828) | 13,891 | (23,914) | 39,566 | 145,542 | 162,256 | 185,070 |
| 684,314 | 698,205 | 662,430 | 726,197 | 869,422 | 1,031,678 | 1,216,748 |
| 959,562 | 899,889 | 849,130 | 869,318 | 1,294,809 | 1,533,990 | 1,823,003 |

| | 2014 | | 2015 | | | 2015 | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Sep 30, 2014 | Dec 31, 2014 | Mar 31, 2015 | Jun 30, 2015 | Sep 30, 2015 | Dec 31, 2015 | Mar 31, 2016 |
| | 232,367 | 308,768 | 388,833 | 487,553 | 616,537 | 790,254 | 989,017 |
| | 0.9% | 1.0% | 1.2% | 1.3% | 1.5% | 1.8% | 2.0% |
| | 524,227 | 893,955 | 1,163,647 | 1,473,540 | 1,884,523 | 2,554,732 | 3,131,259 |
| | 743,633 | 867,813 | 969,336 | 1,078,039 | 1,209,135 | 1,374,626 | 1,510,932 |
| | 2.8% | 2.8% | 2.9% | 3.0% | 3.0% | 3.1% | 3.1% |
| | 743,633 | 867,813 | 969,336 | 1,078,039 | 1,209,135 | 1,374,626 | 1,510,932 |
| | 208,244 | 235,934 | 252,630 | 269,581 | 288,482 | 315,329 | 324,371 |
| | 2.0% | 2.0% | 1.9% | 1.9% | 1.9% | 1.8% | 1.8% |
| | 30,025 | 30,025 | 30,025 | 30,025 | 30,025 | 30,025 | 30,025 |
| | 572,431 | 641,566 | 667,441 | 691,347 | 722,204 | 764,704 | 790,598 |
| | 2.2% | 2.1% | 2.0% | 1.9% | 1.8% | 1.7% | 1.6% |
| | 4,540 | 4,540 | 4,540 | 4,540 | 4,540 | 4,540 | 4,540 |
| | 31,038 | 31,038 | 31,038 | 31,038 | 31,038 | 31,038 | 31,038 |
| | 846,278 | 943,102 | 985,673 | 1,026,531 | 1,076,289 | 1,145,636 | 1,180,572 |
| | 2,114,137 | 2,704,871 | 3,118,656 | 3,578,110 | 4,169,947 | 5,074,994 | 5,822,763 |
| | 11,211 | 11,211 | 11,211 | 11,211 | 11,211 | 11,211 | 11,211 |
| | 11,211 | 11,211 | 11,211 | 11,211 | 11,211 | 11,211 | 11,211 |
| | 50,139 | 50,139 | 50,139 | 50,139 | 50,139 | 50,139 | 50,139 |
| | 50,139 | 50,139 | 50,139 | 50,139 | 50,139 | 50,139 | 50,139 |
| | 2,175,487 | 2,766,221 | 3,180,006 | 3,639,460 | 4,231,297 | 5,136,344 | 5,884,113 |

| 2.5% | 2.6% | 2.7% | 2.8% | 2.9% | 3.0% | 3.1% |
|---|---|---|---|---|---|---|
| 665,478 | 807,364 | 910,655 | 1,022,708 | 1,158,320 | 1,329,768 | 1,490,569 |
| 665,478 | 807,364 | 910,655 | 1,022,708 | 1,158,320 | 1,329,768 | 1,490,569 |
| - | - | - | - | - | - | - |
| 2,508 | 2,634 | 2,765 | 2,904 | 3,049 | 3,201 | 3,361 |
| 808 | 848 | 890 | 935 | 982 | 1,031 | 1,082 |
| 150 | 150 | 150 | 150 | 150 | 150 | 150 |
| 50,401 | 50,401 | 50,401 | 50,401 | 50,401 | 50,401 | 50,401 |
| - | - | - | - | - | - | - |
| 53,867 | 54,033 | 54,207 | 54,390 | 54,582 | 54,783 | 54,995 |
| 719,345 | 861,397 | 964,862 | 1,077,097 | 1,212,902 | 1,384,551 | 1,545,563 |
| - | - | - | - | - | - | - |
| - | - | - | - | - | - | - |
| 719,345 | 861,397 | 964,862 | 1,077,097 | 1,212,902 | 1,384,551 | 1,545,563 |
| - | - | - | - | - | - | - |
| - | - | - | - | - | - | - |
| 719,345 | 861,397 | 964,862 | 1,077,097 | 1,212,902 | 1,384,551 | 1,545,563 |
| 587,466 | 587,466 | 587,466 | 587,466 | 587,466 | 587,466 | 587,466 |
| 629,282 | 868,677 | 1,317,359 | 1,627,677 | 1,974,897 | 2,430,929 | 3,164,328 |
| 239,395 | 448,682 | 310,319 | 347,220 | 456,032 | 733,399 | 586,756 |
| 1,456,143 | 1,904,825 | 2,215,143 | 2,562,363 | 3,018,395 | 3,751,793 | 4,338,550 |
| 2,175,487 | 2,766,221 | 3,180,006 | 3,639,460 | 4,231,297 | 5,136,344 | 5,884,113 |

| | 2016 Jun 30, 2016 | Sep 30, 2016 | 2016 Dec 31, 2016 |
|---|---|---|---|
| | 1,235,235 | 1,545,107 | 1,974,824 |
| | 2.3% | 2.7% | 3.1% |
| | 3,765,523 | 4,557,572 | 5,762,837 |
| | 1,657,350 | 1,820,736 | 2,043,809 |
| | 3.1% | 3.2% | 3.2% |
| | 1,657,350 | 1,820,736 | 2,043,809 |
| | 334,585 | 346,873 | 365,808 |
| | 1.8% | 1.7% | 1.7% |
| | 30,025 | 30,025 | 30,025 |
| | 815,694 | 842,873 | 889,934 |
| | 1.5% | 1.5% | 1.4% |
| | 4,540 | 4,540 | 4,540 |
| | 31,038 | 31,038 | 31,038 |
| | 1,215,883 | 1,255,349 | 1,321,345 |
| | 6,638,755 | 7,633,656 | 9,127,991 |
| | 11,211 | 11,211 | 11,211 |
| | 11,211 | 11,211 | 11,211 |
| | 50,139 | 50,139 | 50,139 |
| | 50,139 | 50,139 | 50,139 |
| | 6,700,105 | 7,695,006 | 9,189,341 |

| | | |
|---|---|---|
| 1,667,390 | 1,868,037 | 2,138,429 |
| 3.2% | 3.2% | 3.3% |
| 1,667,390 | 1,868,037 | 2,138,429 |
| - | - | - |
| 3,529 | 3,706 | 3,891 |
| 1,136 | 1,193 | 1,253 |
| 150 | 150 | 150 |
| 50,401 | 50,401 | 50,401 |
| - | - | - |
| 55,217 | 55,450 | 55,695 |
| 1,722,607 | 1,923,487 | 2,194,124 |
| - | - | - |
| - | - | - |
| 1,722,607 | 1,923,487 | 2,194,124 |
| 587,466 | 587,466 | 587,466 |
| 3,751,084 | 4,390,033 | 5,184,053 |
| 638,949 | 794,020 | 1,223,699 |
| 4,977,499 | 5,771,519 | 6,995,217 |
| 6,700,105 | 7,695,006 | 9,189,341 |

**Appendix A**

Income Statement 2013-2015

| | 2007 TOTAL | 2008 TOTAL | 2009 TOTAL | 2010 TOTAL | Q1 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| Total Wholesale Revenue | | | | | 685,323 |
| Total Retail Revenue | | | | | 879,447 |
| Total Revenue | $ 1,380,578 | $ 2,545,536 | $ 5,419,873 | $ 6,824,819 | $ 1,564,770 |
| **COST OF GOODS SOLD** | | | | | |
| Total Cost of Goods Sold | 1,267,284 | 2,271,433 | 5,053,395 | 6,075,576 | 1,437,855 |
| **GROSS PROFIT** | | | | | |
| Total Wholesale Gross Profit | | | | | 53,203 |
| Total Retail Gross Profit | | | | | 73,711 |
| Total Gross Profit | $ 113,294 | $ 274,103 | $ 366,478 | $ 749,243 | $ 126,915 |
| **MARKETING EXPENSE** | | | | | |
| Marketing and Promotions | 6,005 | 25,706 | 50,532 | 19,906 | 8,338 |
| Total Marketing Expense | 6,005 | 25,706 | 50,532 | 19,906 | 8,338 |
| **GENERAL & ADMIN EXPENSE** | | | | | |
| Salaries and Wages | | | | 67,516 | 47,314 |
| Facilities Expense | | | | 26,158 | 11,411 |
| Other G&A | | | | 249,207 | 37,921 |
| Total General & Admin Expenses | 51,897 | 95,322 | 151,633 | 316,723 | 85,235 |
| **TOTAL EXPENSE** | 57,902 | 121,028 | 202,165 | 336,629 | 93,573 |
| **EBIT** | $ 55,392 | $ 153,075 | $ 164,313 | $ 412,614 | $ 33,341 |
| Income Taxes (30%) | | | | | |
| **NET INCOME** | | | | | |

**Appendix A**

**Income Statement 2013-2015**

|  | 2011 |  |  |  | 2011 |  | 2012 |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Q2 | Q3 | Q4 | TOTAL | % Margin |  | Q1 | Q2 | Q3 | Q4 |
|  | 1,212,901 | 1,991,716 | 2,938,909 | 6,828,849 | 59% |  | 828,883 | 728,592 | 873,494 | 1,601,557 |
|  | 1,082,866 | 945,176 | 1,810,891 | 4,718,380 | 41% |  | 1,343,292 | 1,023,604 | 1,011,383 | 1,670,315 |
|  | 2,295,767 | 2,936,892 | 4,749,800 | 11,547,229 | 100% |  | 2,172,175 | 1,752,196 | 1,884,877 | 3,271,872 |
|  | 2,096,376 | 2,708,740 | 4,387,281 | 10,630,253 | 92% |  | 2,033,469 | 1,649,261 | 1,715,765 | 3,038,758 |
|  | 88,082 | 100,617 | 251,976 | 493,878 | 7% |  | 59,946 | 35,771 | 32,316 | 149,561 |
|  | 111,309 | 127,535 | 110,543 | 423,098 | 9% |  | 90,787 | 63,352 | 99,014 | 100,030 |
|  | 199,391 | 228,152 | 362,519 | 916,976 | 8% |  | 138,706 | 102,935 | 169,111 | 233,114 |
|  | 3,492 | 16,938 | 4,782 | 33,550 | 0.3% |  | 30,526 | 33,913 | 34,180 | 34,182 |
|  | 3,492 | 16,938 | 4,782 | 33,550 | 0% |  | 30,526 | 33,913 | 34,180 | 34,182 |
|  | 70,703 | 84,911 | 95,900 | 298,829 | 2.6% |  | 97,122 | 173,179 | 107,447 | 125,535 |
|  | 10,724 | 9,082 | 10,248 | 41,465 | 0.4% |  | 10,050 | 24,509 | 10,658 | 24,781 |
|  | 32,809 | 37,113 | 54,724 | 162,566 | 1.4% |  | 47,281 | 42,885 | 43,412 | 48,271 |
|  | 103,512 | 122,024 | 150,624 | 461,395 | 4% |  | 154,453 | 240,573 | 161,517 | 198,587 |
|  | 107,004 | 138,962 | 155,406 | 494,945 | 4% |  | 184,979 | 274,486 | 195,697 | 232,769 |
|  | 92,387 | 89,189 | 207,113 | 422,031 | 4% |  | (46,273) | (171,551) | (26,585) | 345 |
|  |  |  |  |  |  |  |  |  | (26,585) | - |
|  |  |  |  |  |  |  |  |  |  | - |
|  |  |  |  |  |  |  |  |  |  | 345 |

**Appendix A**

Income Statement 2013-2015

| | 2012 TOTAL | % | 2013 Q1 | 2013 Q2 | 2013 Q3 | 2013E Q4 | 2013E TOTAL | 2013E % | Q1 |
|---|---|---|---|---|---|---|---|---|---|
| | 4,032,527 | 44% | 2,256,042 | 1,614,412 | 2,418,137 | 3,810,752 | 10,099,343 | 59% | 3,883,176 |
| | 5,048,593 | 56% | 1,258,009 | 1,442,336 | 1,741,450 | 2,584,755 | 7,026,550 | 41% | 2,202,150 |
| | $ 9,081,120 | 100% | $ 3,514,051 | $ 3,056,748 | $ 4,159,587 | $ 6,395,508 | $ 17,125,894 | 100% | $ 6,065,326 |
| | 8,437,253 | 93% | 3,279,237 | 2,907,875 | 3,887,176 | 5,969,557 | 16,043,845 | 94% | 5,598,895 |
| | 277,594 | 7% | 167,336 | 92,155 | 122,841 | 243,888 | 626,220 | 6% | 286,955 |
| | 353,184 | 7% | 77,220 | 94,919 | 181,010 | 228,730 | 581,879 | 8% | 219,235 |
| | 643,866 | Margin 7% | 234,813 | 148,873 | 272,410 | 425,951 | 1,082,048 | Margin 6% | 466,431 |
| | 132,801 | 1.5% | 18,670 | 23,918 | 17,796 | 55,101 | 115,485 | 0.7% | 55,921 |
| | 132,801 | 1% | 18,670 | 23,918 | 17,796 | 55,101 | 115,485 | 1% | 55,921 |
| | 503,283 | 5.5% | 110,616 | 122,144 | 114,998 | 152,434 | 500,192 | 2.9% | 170,540 |
| | 69,999 | 0.8% | 32,703 | 25,113 | 25,661 | 26,775 | 110,252 | 0.6% | 26,976 |
| | 181,849 | 2.0% | 57,936 | 79,042 | 42,007 | 46,099 | 225,083 | 1.3% | 50,739 |
| | 755,131 | 8% | 201,255 | 226,299 | 182,666 | 225,308 | 835,527 | 5% | 248,255 |
| | 887,931 | 10% | 219,924 | 250,217 | 200,462 | 280,409 | 951,013 | 6% | 304,175 |
| | (244,065) | -3% | 14,889 | (101,344) | 71,948 | 145,542 | 131,036 | 1% | 162,256 |
| | - | 0% | 4,167 | - | 19,044 | 43,663 | 55,532 | 0% | 48,677 |
| | $ (26,240) | 0% | $ 10,722 | $ (101,344) | $ 52,904 | $ 101,880 | $ 64,162 | 0% | $ 113,579 |

**Appendix A**

## Income Statement 2013-2015

| | 2014E | | | 2014E | | | 2015E | | |
|---|---|---|---|---|---|---|---|---|---|
| | Q2 | Q3 | Q4 | TOTAL | % | Q1 | Q2 | Q3 | Q4 |
| | 3,939,816 | 4,591,204 | 6,322,940 | 18,717,136 | 61% | 5,672,127 | 5,812,962 | 6,930,627 | 9,145,158 |
| | 2,514,333 | 2,981,081 | 4,186,583 | 11,864,148 | 39% | 3,301,002 | 3,666,442 | 4,258,976 | 5,964,794 |
| | $ 6,454,150 | $ 7,552,285 | $ 10,509,524 | $ 30,581,284 | 100% | $ 8,973,129 | $ 9,479,403 | $ 11,189,603 | $ 15,109,952 |
| | 5,952,356 | 6,962,770 | 9,696,006 | 28,210,027 | 92% | 8,261,968 | 8,723,399 | 10,301,512 | 13,926,837 |
| | | | | | Margin | | | | |
| | 292,761 | 341,116 | 470,515 | 1,391,348 | 7% | 422,682 | 433,472 | 517,674 | 682,150 |
| | 254,427 | 301,860 | 418,589 | 1,194,111 | 10% | 348,077 | 388,728 | 447,310 | 608,657 |
| | 501,793 | 589,515 | 813,518 | 2,371,257 | 8% | 711,161 | 756,005 | 888,090 | 1,183,115 |
| | 180,886 | 209,045 | 213,037 | 773,507 | 2.5% | 246,222 | 250,748 | 267,061 | 271,973 |
| | 27,178 | 27,382 | 27,587 | 109,123 | 0.4% | 27,794 | 28,003 | 28,213 | 28,424 |
| | 49,328 | 50,720 | 57,347 | 208,133 | 0.7% | 55,800 | 54,557 | 56,545 | 63,979 |
| | 257,392 | 287,147 | 297,971 | 1,090,764 | 4% | 329,816 | 333,308 | 351,819 | 364,376 |
| | 316,723 | 350,120 | 364,836 | 1,335,855 | 4% | 400,842 | 408,785 | 432,059 | 449,716 |
| | 59,331 | 62,973 | 66,865 | 245,091 | 0.8% | 71,026 | 75,477 | 80,240 | 85,340 |
| | 59,331 | 62,973 | 66,866 | 245,091 | 1% | 71,026 | 75,477 | 80,240 | 85,340 |
| | 185,070 | 239,395 | 448,682 | 1,035,402 | 3% | 310,319 | 347,220 | 456,032 | 733,399 |
| | 55,521 | 71,819 | 134,605 | 310,621 | 1% | 93,096 | 104,166 | 136,810 | 220,020 |
| | $ 129,549 | $ 167,577 | $ 314,077 | $ 724,782 | 2% | $ 217,223 | $ 243,054 | $ 319,222 | $ 513,379 |

# Appendix A

Income Statement 2013-2015

| 2015E TOTAL |
| --- |
| 27,560,873 |
| 17,191,215 |
| 44,752,088 |
| 41,213,717 |
| 312,084 |
| 312,084 |
| 3,538,371 |
| 1,792,772 |
| 2,055,978 |
| 1,036,004 |
| 112,434 |
| 230,880 |
| 1,379,318 |
| 1,691,402 |
| 1,846,969 |
| 554,091 |
| 1,292,878 |

9:49 AM

12/03/13

Accrual Basis

# Negri Electronics Inc
## Profit & Loss
### November 2013

|  | Nov 13 | Jan - Nov 13 |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| 4000-00 · Sales | 2,080,956.53 | 15,544,640.49 |
| **Total Income** | 2,080,956.53 | 15,544,640.49 |
| **Cost of Goods Sold** | | |
| 5000-00 · Cost of Goods Sold | 1,986,411.78 | 14,612,243.21 |
| **Total COGS** | 1,986,411.78 | 14,612,243.21 |
| **Gross Profit** | 94,544.75 | 932,397.28 |
| **Expense** | | |
| 6000-00 · Advertising & Marketing | 5,729.05 | 71,361.27 |
| 7000-00 · Salaries & Wages | 60,234.16 | 446,901.15 |
| 7100-00 · Facility Expenses | 8,569.12 | 99,954.69 |
| 7200-00 · IT & Communication | 4,425.09 | 49,663.37 |
| 7300-00 · Vehicle Expense | 1,979.73 | 25,685.46 |
| 7310-00 · Insurance Expense | 670.51 | 12,387.50 |
| 7400-00 · Administrative Expenses | 1,646.38 | 17,408.76 |
| 7500-00 · Repairs & Maintenance | 0.00 | 4,826.93 |
| 7600-00 · Office Supplies & Expense | 1,455.36 | 9,479.65 |
| 7700-00 · Professional Services | 2,826.00 | 73,414.43 |
| 7800-00 · Travel, Ent., Meals | 962.96 | 16,554.99 |
| **Total Expense** | 88,498.36 | 827,638.20 |
| **Net Ordinary Income** | 6,046.39 | 104,759.08 |
| **Other Income/Expense** | | |
| **Other Income** | | |
| 8000-00 · Other Income | 0.00 | 65,272.96 |
| **Total Other Income** | 0.00 | 65,272.96 |
| **Other Expense** | | |
| 8010-00 · Other Expenses | 0.00 | 7,848.15 |
| 8020-00 · Taxes | 0.00 | 4,008.45 |
| **Total Other Expense** | 0.00 | 11,856.60 |
| **Net Other Income** | 0.00 | 53,416.36 |
| **Net Income** | 6,046.39 | 158,175.44 |

# EXHIBIT C

**Negri Electronics, Inc.**
6255 S. Sandhill Road, Suite 600
Las Vegas, Nevada  89120
Phone: (888) 358-6358
Fax: (815) 331-0932
www.negrielectronics.com

Please see the following information regarding pending and threatened litigation for Negri Electronics Inc. as of July 25, 2013.

### 1. 4D Global Partners (Pending-Plaintiff)
ENCLOSED:       Customer Account Aging, Complaint (Filed June 2013)
SUMMARY:       Necessary information enclosed.

### 2. ADT Security (Threatened-Defendant)
ENCLOSED:       Account Statement
SUMMARY:       We purchased ADT security in February of 2012. The alarm failed to notify authorities in a reasonable time period during burglaries in April and July of 2012. We subsequently canceled the service and stopped payment under the advisement of our attorney. ADT representatives have since told us we can expect to have our remaining balance waived due to our extraordinary circumstances.

### 3. ExoTablet (Resolved 2013)
ENCLOSED:       Executed Agreement
SUMMARY:       Necessary information enclosed.

### 4. SN Traders (Threatened-Plaintiff)
ENCLOSED:       Customer Account Aging
SUMMARY:       Wholesale customer with lengthy purchase history refused to pay for order fulfilled in 2012. We plan to file a small claims case in August 2013.

### 5. Traveler's Insurance (Threatened-Plaintiff)
ENCLOSED:       GBRP Report #1, GBRP Report #2, Swarts Report
SUMMARY:       Our insurance provider withheld payment of our loss from theft claim in 2012 because they disputed the amount without just cause. The provider has also disputed the amount of Lost Business Income. We hired an expert forensic accountant to analyze the case and still the insurance provider has only paid a fraction of the expert's estimated amount. Our attorney has recommended we pursue a bad faith claim against the insurance company for this case.

# United States of America

## United States Patent and Trademark Office

# Negri Electronics

**Reg. No. 4,285,138**

**Registered Feb. 5, 2013**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

NEGRI ELECTRONICS INC (NEVADA CORPORATION)
SUITE 600
6255 S. SANDHILL ROAD
LAS VEGAS, NV 89120

FOR: ON-LINE RETAIL STORE SERVICES FEATURING ELECTRONICS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-1-2003; IN COMMERCE 1-1-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ELECTRONICS", APART FROM THE MARK AS SHOWN.

SEC. 2.(F).

SER. NO. 85-547,105, FILED 2-20-2012.

JANICE KIM, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.**

# Organization Chart



**Our Mission**

**We are committed** to offering an extensive selection of the best high-end unlocked wireless devices, accessories, and digital photography equipment. at the most affordable prices possible, to technology lovers around the world.

**We are focused** on providing the best experience for our customers before, during, and after each sale, and we continuously strive to exceed expectations every step along the way.

**We are dedicated** to our environment, our customers, our partners, our team members and our brand, which means we treat everyone with respect, and we hope to earn the same in return.

**We are passionate** about the growth of our business through opportunities that meet the needs of our customers, improve the quality of life for our team members, and further the capabilities and reach of our brand.

**We are honest**, and we strive for the highest levels of integrity and class based on a personalized approach and a promise to be sincere and professional in all we do.

 Confidential | Negri Electronics, Inc.

October 2013

# EXHIBIT D

# Fwd: Re: Growth %

December 24, 2013 at 11:55 AM

From Todd Sherman

To Mike Friedmam

---

---------- Forwarded message ----------
From: "Ryan Negri" <ryan@negrielectronics.com>
Date: Dec 23, 2013 3:28 PM
Subject: Re: Growth %
To: "Todd Sherman" <toddfsherman04@gmail.com>
Cc:

Great. Lets present him with that and get that completed too.

Thank You,

*Ryan J. Negri | Founder & CEO*
130 McCormick Avenue | Suite 101 | Costa Mesa, CA 92626
*6255 S. Sandhill Road Suite 600 | Las Vegas, NV 89120*
888-358-6358 ext 121 | fax 815-331-0932 | direct 714-699-4768
*Negri21- AOL | Airnegri@hotmail.com - MSN | Airnegs21 - Yahoo*
NegriElectronics1 - Skype | BBPIN: 2AD23CC0
ryan@negrielectronics.com | https://negrielectronics.com/
@RyanNegri <https://twitter.com/#!/ryannegri> | Google+
<https://plus.google.com/103340189158312122052/posts>|
LinkedIn <http://www.linkedin.com/profile/view?id=16206564> |
@NegriElectronic <https://twitter.com/#!/Negrielectronic>

On Mon, Dec 23, 2013 at 12:26 PM, Todd Sherman <toddfsherman04@gmail.com> wrote:
> So roughly 3.42% monthly or 10.25% quarterly for current customers.  If they exceed that growth
> you get 2.5% of sales.  I'm sure they will be fine with that.
> On Dec 23, 2013 3:20 PM, "Ryan Negri" <ryan@negrielectronics.com> wrote:
>> The 3 year annual average growth % came to 61% (2010, 2011, 2013), but the 4 year was 41%. We
>> would need to do the entire 4 years since the jump from 12-13 is 83%. If we use a 0% increase
>> from 12-13 it would be 49%.
>>
>> We used these numbers from the tax returns.

We want to make sure it's a monthly growth % for existing customers in the contact so we they aren't just paying out a commission at years end.

Let me know what else you need on this. I can put together a document that shows all of this of course. Just don't have time to "pretty it up" right now.

Thank You,

*Ryan J. Negri | Founder & CEO*
130 McCormick Avenue  |  Suite 101 | Costa Mesa, CA 92626
*6255 S. Sandhill Road Suite 600 | Las Vegas, NV 89120*
888-358-6358 ext 121 | fax 815-331-0932 | direct 714-699-4768
*Negri21- AOL | Airnegri@hotmail.com - MSN | Airnegs21 - Yahoo*
NegriElectronics1 - Skype | BBPIN: 2AD23CC0
ryan@negrielectronics.com | https://negrielectronics.com/
@RyanNegri <https://twitter.com/#!/ryannegri> | Google+
<https://plus.google.com/103340189158312122052/posts>|
LinkedIn <http://www.linkedin.com/profile/view?id=16206564> |
@NegriElectronic <https://twitter.com/#!/Negrielectronic>

# FW: Re: Updated Financials as of Oct 2014 - incl Q4 2013 - 2016 Forecast

October 27, 2013 at 7:48 AM

From Todd Sherman

To "mjfny@me.com"

📎 🗋NEGRI ELEC...C_Oct 2013.xlsx 437.18 KB, 🗋Report_MTD P&L_Oct 24.xlsx 13.3 KB

---

think this is the new revised

---

**From:** Todd Sherman [toddfsherman04@gmail.com]
**Sent:** Sunday, October 27, 2013 11:47 AM
**To:** Todd Sherman
**Subject:** Fwd: Re: Updated Financials as of Oct 2014 - incl Q4 2013 - 2016 Forecast

---------- Forwarded message ----------
From: "Philip J. Negri | Negri Electronics, Inc." <philip@negrielectronics.com>
Date: Oct 24, 2013 1:52 PM
Subject: Re: Updated Financials as of Oct 2014 - incl Q4 2013 - 2016 Forecast
To: "Todd Sherman" <toddfsherman04@gmail.com>
Cc: "Ryan" <ryan@negrielectronics.com>

Hi Todd

Please see the attached file. I did find a small mistake that gets us back up around $200K for EBIT in Q4 of this year. That's more accurate. Please use this revised copy.

Also, I'd like to emphasize what's shown for 2014. By maintaining the current trend we'll generate $1M+ next year. Margins are slim, but its easy to see how greater purchasing power would lead to better inventory management and larger deal sizes, improving gross margins. That's included in the forecast as it results from organic growth. And of course as gross profit grows, indirect costs level out or creep up incrementally (salaries, facilities, etc). I have no doubt they would actually be reduced depending on the buyer (e.g. if they want to close the office in CA, or combine with existing functional departments).

My forecast is built from an operational standpoint. These are targets that we intend to hit (like we did in Q3). It does not assume access to any additional working capital. If that were the case, the projected growth to revenues and margins would just happen faster.

To someone pushing back on valuation, I would think that the price keeps going up every time we meet our projections. Is that right?

I also attached MTD P&L summary to show that we are on pace, and margins are up.

Let me know if you'd like to go over any of this. Thanks for your time.

iCloud Mail

3/5/16, 2:10 PM

Thank You,

**Phil Negri | VP**
130 McCormick Avenue | Suite 101 | Costa Mesa, CA 92626
6255 S. Sandhill Road | Suite 600 | Las Vegas, NV 89120
888-358-6358 ext 133 | fax 815-331-0932
philip@negrielectronics.com | https://negrielectronics.com/
@PhilNegri | Google+ | Facebook | LinkedIn | @NegriElectronic

On Mon, Oct 14, 2013 at 6:00 PM, Philip J. Negri | Negri Electronics, Inc. <philip@negrielectronics.com>
wrote:
> Hi Todd
>
> Please see the attached excel file with updated financials and projections.
>
> Material changes from the last version (Jul 2013) include:
>          Greater emphasis on growing 'offline wholesale' channel based on Q3 developments
>          Deferred investment into White-Label program as wholesale revenue source
>          Various adjustments to talent acquisition strategy and schedule
>
> I'd be happy to go over any part of this anytime tomorrow before or during your scheduled time with Mike if
> you think its appropriate.
>
>
>
> Thank You,
>
> **Phil Negri | VP**
> 130 McCormick Avenue | Suite 101 | Costa Mesa, CA 92626
> 6255 S. Sandhill Road | Suite 600 | Las Vegas, NV 89120
> 888-358-6358 ext 133 | fax 815-331-0932
> philip@negrielectronics.com | https://negrielectronics.com/
> @PhilNegri | Google+ | Facebook | LinkedIn | @NegriElectronic



**NEGRI ELEC...C_Oct 2013**
437.18 KB

DownloadOpen in Numbers

**Report_MTD P&L_Oct 24**
13.3 KB

DownloadOpen in Numbers

# FW: Updated Financials as of Oct 2014 - incl Q4 2013 - 2016 Forecast

October 16, 2013 at 9:06 AM

From Todd Sherman

To "mjfny@me.com"

📎 🗎 NEGRI ELEC...C_Oct 2013.xlsx 436.83 KB

---

**From:** Philip J. Negri | Negri Electronics, Inc. [mailto:philip@negrielectronics.com]
**Sent:** Monday, October 14, 2013 9:01 PM
**To:** Todd Sherman
**Cc:** Ryan
**Subject:** Updated Financials as of Oct 2014 - incl Q4 2013 - 2016 Forecast

Hi Todd

Please see the attached excel file with updated financials and projections.

Material changes from the last version (Jul 2013) include:

> Greater emphasis on growing 'offline wholesale' channel based on Q3 developments
> Deferred investment into White-Label program as wholesale revenue source
> Various adjustments to talent acquisition strategy and schedule

I'd be happy to go over any part of this anytime tomorrow before or during your scheduled time with Mike if you think its appropriate.


**Thank You,**


**Phil Negri | VP**
130 McCormick Avenue | Suite 101 | Costa Mesa, CA 92626
6255 S. Sandhill Road | Suite 600 | Las Vegas, NV 89120
888-358-6358 ext 133 | fax 815-331-0932
philip@negrielectronics.com | https://negrielectronics.com/
@PhilNegri | Google+ | Facebook | LinkedIn | @NegriElectronic



NEGRI ELEC…C_Oct 2013
436.83 KB

DownloadOpen in Numbers

# EXHIBIT E

<u>**Due Diligence**</u>

1. Complete financials from 2010 to 2013
2. Financial projections for 2014 and 2015
3. Organization Chart
4. Payroll Details
5. List of all company bank accounts
    a. List of all signatories on each bank account
6. Copy of benefits program – medical, life, etc.
7. Human resources program material
8. Company saving plan material
    a. Sales incentive plans
9. Employee contracts or letters of employment
10. Employee bonus plans for 2013 and 2014
    a. Committed bonuses for 2013
11. Employee salary plans for 2014 – have pay raises been promised already?
12. Cash flow analysis for 2012 and 2013
13. Projected cash flow analysis for 2014
14. Accounts receivables for balance of 2013.
15. Accounts payable for balance of 2013 and projected for first Half 2014
16. **SUPPLIER CONTRACTS**
17. **VISIT WAREHOUSE – DETERMINE BEST USE OF SPACE**


<u>**First 90 Days**</u>

<u>**Week 1 to 2:**</u>

1. Establish new headquarters
2. Inspect main facility
3. List of all properties owned or leased by Negri
4. Hold a townhall
5. Review organization – determine positions currently filled and positions not filled but should be filled
    a. Identify keepers
    b. Identify new positions to be filled
6. Payroll analysis – who is on our payroll?
7. Change signature authority in company to First Ascent – WEEK ONE, DAY ONE
8. Bank account status
    a. Change signatory of all corporate bank accounts – WEEK ONE, DAY ONE
9. Review leases and contracts – cancel ones we do not want.

     a. Have all remaining leases and contracts assigned to new company.   Contact all leasors and contract parties and inform them of reassignment.

10. Change Negri database access.  Block out the Negri Family – **WEEK ONE, DAY ONE**
11. Cash flow analysis
12. Negri's current benefits program – analyze.  Cost?
13. Review payables and receivables.
    a. Do we need to stretch payments?
14. Review the company's sales and marketing strategy
15. Determine sales incentive plans currently in force
16. Analyze staffing requirements – Rick Landry; when do we bring him on board
17. Review company budget
    a. Make
18. Develop MVNO plan for First Ascent
19. **SET UP CHANNEL PARTNERSHIPS – RICK LANDRY**
20. **SET UP EMAIL FOR NEW MANAGEMENT.**
21. **CHANGE GOOGLE ANALYTICS PASSWORDS, AND ALL OTHER PASSWORDS.**
22. **WHO IS THE IT PERSON/COMPANY? NEED TO ANALYZE PERFORMANCE & REVIEW.**
23. **DETERMINE & ANALYZE ADDITIONAL SOURCES OF IMMEDIATE AND/OR SHORT TERM REVENUE – I.E. WARRANTY PROGRAMS, ETC.**


**Week 3 – 4:**

1. Review the company's sales and marketing strategy.
    a. Meet with all sales and marketing personnel
    b. What are their quotas?
2. Determine if we can change the company's sales and marketing strategy and quotas.
    a. Increase quotas for second half of year
    b. Add 12 additional customers for 2014
    c. Change sales incentive plans
3. Finalize 2014 business plan
4. Set 2014 budget
5. Set a target for cost reductions:  tentative target is $1M in 2014.
6. Set 2014 revenue target
7. Determine if we can repurpose any of the warehouse space
8. Start developing a business plan for company the evolves company into a MVNO
    a. Review MVNO marketplace
9. Complete meeting/calling with all existing customers and partners - introductions
10. End of month cash flow review
11. End of month townhall

**Month 2:**

1. Continue tracking expenses
2. Cut expenses
3. Track Cash flow
4. Add new customers **& CHANNEL PARTNERS**
5. Implement growth strategy of company
6. Develop MVNO strategy

**Month 3**

1. Continue to Implement strategy
2. Continue cutting expenses and tracking spend
3. Continue adding customers

CONFIDENTIAL

# BUSINESS PLAN

# NEGRI ELECTRONICS, INC.

**February 2014**

Negri Electronics, Inc. Business Plan is confidential and contains proprietary information.  Neither the Plan nor any of the information contained in the Plan may be reproduced or disclosed to any person under any circumstances without the express written permission of Negri Electronics, Inc.

**THIS INFORMATION IS CONFIDENTIAL AND PER SEC REGULATION CAN NOT BE DUPLICATED OR DISSEMINATED**

CONFIDENTIAL

## FORWARD-LOOKING STATEMENTS

Unless stated otherwise or the context otherwise requires, the words "we," "us," "our," or the "Company" refers to Negri Electronics, Inc., a Delaware corporation (the "Parent Company" or "Negri Electronics"), and its subsidiaries. The information in this business plan contains "forward-looking statements" relating to the Company, within the meaning of Section 27A of the Securities Act of 1933, as amended (the "Securities Act"), and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), which are subject to the "safe harbor" created by those sections. These "forward looking statements" represent the Company's current expectations or beliefs including, but not limited to, statements concerning the Company's operations, performance, financial condition and growth. For this purpose, any statements contained in this business plan that are not statements of historical fact are forward-looking statements. Without limiting the generality of the foregoing, words such as "anticipates," "believes," "estimates," "expects," "intends," "may," "plans," "projects," "will," "would" or the negative or other comparable terminology are intended to identify forward-looking statements, although not all forward-looking statements contain these identifying words. These statements by their nature involve substantial risks and uncertainties, such as the affect of general economic and business conditions, our ability to implement our business and acquisition strategy, our ability to effectively integrate our acquisitions, competition, availability of key personnel, changes in, or the failure to comply with government regulations, and other risks detailed from time-to-time in the Company's reports filed with the Securities and Exchange Commission, including the Company's Annual Report on Form 10-K for the fiscal year ended October 31, 2010, certain of which are beyond the Company's control. Should one or more of these risks or uncertainties materialize or should the underlying assumptions prove incorrect, actual outcomes and results could differ materially from those indicated in the forward-looking statements.

Any forward-looking statement speaks only as of the date on which such statement is made, and the Company undertakes no obligation to update any forward-looking statement or statements to reflect events or circumstances after the date on which such statement is made or to reflect the occurrence of unanticipated events. New factors emerge from time to time and it is not possible for management to predict all of such factors, nor can it assess the impact of each such factor on the business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements.

[Remainder of Page Intentionally Left Blank]

**THIS INFORMATION IS CONFIDENTIAL AND PER SEC REGULATION CAN NOT BE DUPLICATED OR DISSEMINATED**

CONFIDENTIAL

TABLE OF CONTENTS

I.   EXECUTIVE  SUMMARY
      A.   MISSION STATEMENT    4
      B.   EXECUTIVE SUMMARY    4
      C.   COMPANY STORY    4

II.  THE MARKET
      A.  WHAT IS AN UNLOCKED MOBILE DEVICE?    4
      B.   MARKET OPPORTUNITY    5
      C.  TARGET MARKET    8
      D.  COMPETITION    9
      E   COMPETITIVE ADVANTAGE    10

III. THE PRODUCTS
      A.   TECHNOLOGY    10
      B.  PRICING    10
      C.  OPERATIONS    11

IV.  SALES, MARKETING  & DISTRIBUTION
      A.  SALES CHANNEL DEVELOPMENT    12

V.    MANAGEMENT
      A.  EXECUTIVE  MANAGEMENT    14

VI.  FINANCIAL PLAN
      A.  ACTUAL FINANCIAL RESULTS & PROJECTIONS    16
         INCOME STATEMENT    16
         BALANCE SHEET    17

THIS INFORMATION IS CONFIDENTIAL AND PER SEC REGULATION CAN NOT BE DUPLICATED OR DISSEMINATED

CONFIDENTIAL

## NEGRI ELECTRONICS MISSION STATEMENT

Negri Electronics, Inc. is a subsidiary of First Ascent, LLC, a New York-based private equity company focused on acquiring and growing telecom, information technology, media, and data management companies.

## Executive Summary

Negri Electronics, Inc. is a 7-year old operating and profitable company that is a growing source for high-end, unlocked wireless devices to retail and wholesale customers. The company has partnerships with multiple wireless providers and equipment manufacturers.  Negri Electronics is based out of Las Vegas, Nevada.

## Company Story: Negri Electronics

Negri Electronics began in June of 2006 in a small space in Northern Wisconsin selling unlocked wireless devices through a variety of third-party retail channels. The small business continued to fulfill demand and soon saw an opportunity to expand.  Negri Electronics expanded its team to eleven members before moving from Wisconsin in 2010. Negri Electronics relocated its operation to a newly rented warehouse in Las Vegas, Nevada to take advantage of the lower costs of operating a business and to make a positive impact in the Las Vegas community.

Today, Negri Electronics is a privately held corporation headquartered in a nearly 6,000 square feet facility in Las Vegas, Nevada with an office in Southern California that houses administrative, finance, and marketing functions. The business offers nearly 5,000 products through a redesigned website and ships to over 190 different countries around the world.

Negri Electronics has fulfilled over 40,000 orders since inception and currently employs 14 professionals across functions that include finance, marketing, web development, operations and customer service. The company is on track to generate over $17M in revenue and earn a net profit of $188,000 in 2013. The website has over 100,000 unique monthly visitors.

## THE MARKET

WHAT IS AN UNLOCKED MOBILE DEVICE?

An unlocked mobile is a mobile phone that will use any SIM, Subscriber Identity Module, card. The SIM card is a small memory chip that can be removed from a cell phone and placed in another cell phone. This allows the cell phone subscriber to switch to a new phone without dealing with activation and data transfer hassles. Just putting the SIM card in the new phone allows the cell phone service subscriber to have her saved information, phone number, message data, phone book, and more on the new phone.

Some cell phone manufacturers lock their phones. This means they've programmed the phones to work only with the SIM cards of certain cell phone service providers. This can prove rather inconvenient for the cell phone user if she ever wants to use her cell phone with a different service provider or buy a phone that isn't usually supported by her cell phone service provider. When you have an unlocked mobile phone, you basically have the freedom to use it with any cell phone network you please.

With an unlocked mobile phone, you can take advantage of promotional cell phone deals that might otherwise be out of your reach. If a particular network is offering free SIM cards with free calls or text messaging attached, you don't have to miss the opportunity to obtain and use one. You can even take your business elsewhere if you are unhappy with the rates or level of service.

4

THIS INFORMATION IS CONFIDENTIAL AND PER SEC REGULATION CAN NOT BE DUPLICATED OR DISSEMINATED